## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **January 30, 2019** |
| **TIME:** | **11:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5780 (FB)** |
| **NAME OF CASE(S):** | **Singh v. Lintech Electric, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Mizrahi** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

### INITIAL CONFERENCE RULINGS:

**Defendants will promptly produce information about the entity they contend was plaintiff's actual employer, together with any documents readily available that corroborate that contention.**

**The parties will continue with paper discovery thereafter. Plaintiff will file either an amended complaint, on consent, or submit a written status report indicating how he intends to proceed with this action, by March 22, 2019.**