## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **March 26, 2019** |
| **TIME:** | **2:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5780 (FB)** |
| **NAME OF CASE(S):** | **Singh v. Lintech Electric, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Mizrahi** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE TO ADDRESS THE DISPUTE AT 12 NOON ON MARCH 29, 2019.** |
| **FTR/COURT REPORTER:** | **2:33-2:35** |

**TELEPHONE CONFERENCE RULINGS:**

Counsel will confer with respect to their discovery dispute and submit a letter by March 28 identifying those areas of dispute they have been unable to resolve.

**THE COURT WILL HOLD A TELEPHONE CONFERENCE TO ADDRESS THE DISPUTE AT 12 NOON ON MARCH 29, 2019.**

Counsel for plaintiff will arrange the conference call.