*Jonathan Silver*
Attorney at Law

—

of Counsel
Stephen T. Fein
Jennifer Beinert
Paul C. Kerson

*Crossroad Tower*
80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

March 29, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    **Gursewak Singh v Lintech Electric Inc., et al**
                United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

     Following our short conference call with the Court, counsel conferred by telephone and email.

     We were unable to agree on the wording of a joint letter to the Court and have not resolved our discovery disputes.

                                                   Respectfully submitted,
                                                   JONATHAN SILVER

JS/eb