## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **March 29, 2019** |
| **TIME:** | **12:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5780 (FB)** |
| **NAME OF CASE(S):** | **Singh v. Lintech Electric, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Mizrahi** |
| **NEXT CONFERENCE(S):** | **MOTION HEARING AT 4:30 PM ON APRIL 24, 2019** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

The parties have been unable to resolve their discovery dispute and seek a briefing schedule to file discovery motions.

Plaintiff will file his letter brief by April 5, defendants will respond and cross-move, if necessary, by April 12, and plaintiff will reply by April 19.

THE COURT WILL HEAR ARGUMENT ON THE MOTIONS, IN PERSON, AT 4:30 PM ON APRIL 24, 2019.