*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

April 9, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   **Gursewak Singh v Lintech Electric Inc., et al**
              United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

      As Your Honor will recall, a date has been set down for oral argument to take place on April 24, 2019 at 4:30 PM on certain discovery disputes.

      That is the day I will be starting a one week vacation to Barbados and my flight is set for the morning that day. The flight was booked some time ago and it was pointed out to me today that I was going to be away starting that day. I have spoken to counsel for the defendant to obtain his consent to ask the Court to reschedule the appearance that day and he has kindly given his consent.

      In the meantime counsel have been talking in a continuing effort to try to resolve the disputes.

                                Respectfully submitted,

                                JONATHAN SILVER

JS/eb