*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

May 13, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** **Gursewak Singh v Lintech Electric Inc., et al**
           United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

      I am writing this letter with the consent of opposing counsel.

      The parties are scheduled to appear before the Court on a conference for this Thursday at 10:30 AM.

      Counsel has been discussing how to resolve the case and the issues raised by defendants that other parties need to be brought in as parties defendant at this time.

      In addition, on Thursday at 11 AM I have another required appearance before the Hon. Renee Roth at 60 Centre Street who is serving as JHO in the matter of _Kazanecki v. Stalco_ NY Supreme Court Index#150230/16. That case also concerns a wage claim and Judge Roth is conducting a second settlement conference which will likely be fruitful.

      This would be the second requested adjournment of the conference.

     It is respectfully requested that the conference be adjourned this one more time.

Respectfully submitted,

*/s/ Jonathan Silver*

JONATHAN SILVER

JS/eb