# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
One Penn Plaza • Suite 2527 • New York, NY 10119
T: 212.792-0046
E: Joshua@levinepstein.com

September 3, 2019

*Via Electronic Filing*
The Honorable Magistrate Judge Steven M. Gold
U.S. District Court Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Singh v. Lintech Electric, Inc. et al*
               **Case No.: 1:18-cv-05780-FB-SMGJO**

Dear Honorable Magistrate Judge Gold:

      This law firm represents Defendants Lintech Electric, Inc. (the "**Company**"), and Linden J. Tudor (together, the "**Defendants**") in the above-referenced action.

      Pursuant to Rules 1(A) and (D) of Your Honor's Individual Motion Practices, this letter respectfully serves as a request to extend the current deposition schedule in effect [*See* Dckt. No. 23]. This is the first request of its kind, and this request is made on consent of Plaintiff's counsel.

      The basis for the request is that the undersigned currently has a Settlement Conference scheduled for September 5, 2019 before the Honorable Magistrate Judge Steven Tiscione in the case captioned *Grinblat v. Om Shree Hanuman LLC et al* (19-cv-02782), as well as a mediation in the Southern District of New York in the case captioned *Vuppala v. Instyle Collection Inc. et al* (19-cv-03596). The parties also respectfully wish to resume settlement discussions before incurring the significant costs and expenses associated with conducting depositions.

      The new requested deposition completion date is September 25, 2019.  The requested extension will not affect any other calendared dates.

      Thus, Defendants respectfully request that the Court extend the current deposition schedule in effect to, through and including, September 25, 2019.

      Thank you, in advance, for your time and attention.

                            Respectfully submitted,

                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                        By:  /s/ Jason Mizrahi
                               Jason Mizrahi, Esq.
                               1 Penn Plaza, Suite 2527
                               New York, New York 10119
                               Tel. No.:  (212) 792-0048
                               Email: jason@levinepstein.com
                               *Attorneys for Defendants*