*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

September 3, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re:** **Gursewak Singh v Lintech Electric Inc., et al**
             United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

    I am writing to respond to the letter from opposing counsel dated September 3, 2019.

    The Court directed plaintiff to be deposed on September 5 and for defendants to be deposed on September 6.

    Counsel requested my consent to adjourn those dates and I agreed on condition we have firm dates to provide to the Court. We agreed to September 17 for plaintiff and September 18 for defendants. That was to be included in the letter he was to submit to the court on consent.

    I also asked that he eliminate the last sentence on paragraph 3 as there are no discussions of settlement ongoing.

    I request the Court direct that the depositions to go ahead on the dates above indicated.

                              Respectfully submitted,

                              JONATHAN SILVER

JS/eb