# LEVIN-EPSTEIN & ASSOCIATES, P.C.

One Penn Plaza • Suite 2527 • New York, NY 10119
T: 212.792-0046
E: Joshua@levinepstein.com

September 6, 2019

*Via Electronic Filing*
The Honorable Magistrate Judge Steven M. Gold
U.S. District Court Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Singh v. Lintech Electric, Inc. et al*
              **Case No.: 1:18-cv-05780-FB-SMGJO**

Dear Honorable Magistrate Judge Gold:

    This law firm represents Defendants Lintech Electric, Inc. (the "**Company**"), and Linden J. Tudor (together, the "**Defendants**") in the above-referenced action.

    Pursuant to Your Honor's Individual Motion Practices, this letter respectfully serves to supplement Defendants' September 3, 2019 letter motion [*See* Dckt. No. 24]. This letter is submitted on Plaintiff's consent.

    The parties have conferred, and wish to inform the Court that they have agreed to conduct depositions on the following dates:

1. Defendants' deposition will take place on Monday, September 23, 2019

2. Plaintiff's deposition will take place on Tuesday, September 24, 2019.

    Accordingly, Defendants' respectfully request that the Court amend the dates previously referenced in Plaintiff's September 3, 2019 letter [*See* Dckt. No. 25] to reflect the parties' agreed-upon dates.

    Thank you, in advance, for your time and attention.

                            Respectfully submitted,

                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                          By:  /s/ Jason Mizrahi
                               Jason Mizrahi, Esq.
                               1 Penn Plaza, Suite 2527
                               New York, New York 10119
                               Tel. No.:  (212) 792-0048
                               Email: jason@levinepstein.com
                               *Attorneys for Defendants*