*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

September 24, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **<u>Gursewak Singh v Lintech Electric Inc., et al</u>**
     United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

  I am writing with consent of counsel to request an adjournment of the September 26, 2019 conference in the above matter.

  Last night I learned that I needed to travel out of town to deal with a family medical emergency.

  The defendant was deposed yesterday and plaintiff is being deposed today.

  This is the first request for the September 26, 2019 conference to be adjourned.

  Counsel has agreed to possible new dates for the conference as follows: November 5 or 6, or afternoon of November 12, 13.

  Plaintiff's counsel will be on vacation during the period October 12-26, 2019.

Magistrate Judge Steven M. Gold
September 24, 2019
Page 2

       This letter also respectfully serves as a request to extend the deposition completion date of September 25, 2019 to, through and including, October 25, 2019. The basis of this request is that Defendants require an additional day to complete Plaintiff's deposition, as a result of logistical errors caused by a third-party interpreter on the date of the originally scheduled deposition.

                                              Respectfully submitted,

                                              JONATHAN SILVER

JS/eb