**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **November 5, 2019** |
| **TIME:** | **2:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5780 (FB)** |
| **NAME OF CASE(S):** | **Singh v. Lintech Electric, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Mizrahi, with Tudor** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 2:00 PM ON FEBRUARY 6, 2020** |
| **FTR/COURT REPORTER:** | **N/A** |

**STATUS CONFERENCE RULINGS:**

**Defendants may conduct a further deposition of plaintiff on or before December 23, 2019.**

**Because defendants' failure to obtain documents from their accountant in a timely manner has given rise to their request for this continued deposition, defendants will bear all associated costs, including the cost of providing plaintiff with a copy of the deposition transcript.**

**Plaintiff shall serve his pretrial order portion by January 10, 2020; defendants shall serve their portion by January 24, 2020, and plaintiff shall file the joint pretrial order with the Court by January 31, 2020.**

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 2:00 PM ON FEBRUARY 6, 2020.**

**Counsel are encouraged to seek a referral to court-annexed mediation if they believe it might be productive to do so.**