**SUPREME COURT OF THE STATE OF NEW YORK : QUEENS COUNTY**

Attorney: JONATHAN SILVER, ESQ.
Address: 80-02 KEW GARDENS ROAD  KEW GARDENS , NY 11415

| GURSEWAK SINGH | | Index Number: 720551/19 |
|---|---|---|
| | Plaintiff | Client's File No.: singh vs. tudor |
| vs | | |
| HOLLY TUDOR, LINDEN TUDOR, | | Court Date: |
| | Defendant | Date Filed: 12/09/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
NNAMDI ERSKINE, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/28/2019**, at **4:34 PM** at: **109-70 133RD STREET, OZONE PARK , NY 11420** Deponent served the within **SUMMONS AND VERIFIED COMPLAINT - NOTICE OF PENDENCY , NOTICE OF ELECTRONIC FILING**

On: **LINDEN TUDOR** , Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there 12/26/2019 9:16 PM, 12/27/2019 1:24 PM

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#3 OTHER**

☒ **#4 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on:  **12/30/2019** in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 12/30/2019

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified In Queens County
Term Expires, August 3, 2023

NNAMDI ERSKINE
DCA License# 1376400

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*