**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **January 15, 2020** |
| **TIME:** | **12: 00 p.m.** |
| **DOCKET NUMBER(S):** | CV 18-5780 (FB) |
| **NAME OF CASE(S):** | Singh v. Lintech Electric, Inc. et al |
| **FOR PLAINTIFF(S)** | **Singer** |
| **FOR DEFENDANT(S)** | **Mizrahi** |
| **NEXT CONFERENCE(S):** | **FINAL PRETRIAL CONFERENCE AT 2:00 PM ON MARCH 31, 2020** |
| **FTR/COURT REPORTER:** | 12:05-12:22 |

**TELEPHONE CONFERENCE RULINGS:**

**(1) Plaintiff will consider whether he will press his application for a premotion conference in anticipation of moving to remand. Plaintiff will either withdraw his premotion conference application or, after conferring with counsel for defendant, propose a briefing schedule by letter filed on or before January 21, 2020.**

**(2) The continued deposition will be held on February 19, 2020.**

**If defendants fail to proceed with the deposition on the scheduled date, their right to conduct the deposition will be waived.**

**(3) Absent further application to the Court, discovery is otherwise closed.**

**(4) Plaintiff will serve his pretrial order portion on February 26, defendants will serve their portion on March 11, and plaintiff will file the joint pretrial order with the Court on March 18, 2020.**

**THE COURT WILL HOLD A SETTLEMENT AND FINAL PRETRIAL CONFERENCE AT 2:00 PM ON MARCH 31, 2020.**

**PRINCIPALS SHALL BE PRESENT. COUNSEL SHALL HAVE ALLLEXHIBITS IDENTIFIED IN THE PRETRIAL ORDER AVAILABLE FOR THE COURT'S REVIEW.**