*Jonathan Silver*
Attorney at Law

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

Crossroad Tower
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

January 21, 2020

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Gursewak Singh v Lintech Electric Inc., et al**
         United States District Court EDNY Index No: 18-5780

Dear Magistrate Gold:

I am writing as the attorney for the plaintiff.

The plaintiff withdraws his request for a pre-motion conference and will not be making an application for remand at this time.

Plaintiff intends to make a motion to seek further discovery from defendants which will be addressed in a separate application.

As to defendants request for a briefing schedule, although counsel's letter of December 20, 2020 states that a motion to dismiss is intended, there are no grounds stated why that motion to dismiss will be made such as statute of limitations, failure to obtain proper service, etc. It would appear that a pre-motion conference is required and must be requested.

Plaintiff would respectfully ask for a 3 week period to provide his opposition to the motion, assuming a briefing schedule is set down by the Court.

Respectfully submitted,

JONATHAN SILVER