*Jonathan Silver*
*Attorney at Law*

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

March 2, 2020

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Gursewak Singh v Lintech Electric Inc., et al**
United States District Court EDNY 18 CV5780

Dear Magistrate Gold:

The plaintiff is submitting this letter proposing the following revised case management schedule.

Plaintiff within 10 days will serve Further Interrogatories and Requests for Documents and Notices to Admit.

Defendant within 10 days will provide plaintiff all banking statements for the period of plaintiff's alleged employment for any account defendant issued checks payable to the plaintiff.

Plaintiff within 15 days will issue subpoenas to that bank and to NYCHA to obtain records concerning defendants NYCHA work during the period of plaintiff's alleged employment.

The parties will conduct further depositions within 45 days.

Plaintiff will submit his pretrial order portion by April 27, 2020, defendants their portion by May 11, 2020 and plaintiff will file the joint pretrial order by May 18, 2020.

A copy of this proposed letter was sent to counsel for defendants last week. Counsel were in Court on Friday before Judge Block on a pre-motion conference and I advised counsel that if he wanted me to include anything in this letter that he should do so before Monday as I needed to file this today. I have not heard from counsel.

Respectfully submitted,

JONATHAN SILVER

JS/eb