CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **April 13, 2020** |
| **TIME:** | **11:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5780 (FB)** |
| **NAME OF CASE(S):** | **Singh v. Lintech Electric, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Mizrahi** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE ON JUNE 15 AT 4:00 P.M.** |
| **FTR/COURT REPORTER:** | **11:00- 11:26 a.m.** |

**TELEPHONE CONFERENCE RULINGS:**

**The Court discussed Dkt. [55], [56], [58], [59], and [60].**

**For the reasons stated on the record, defendants shall produce the bank records discussed during the conference by the close of business today.**

**Plaintiff may make use of those bank records only in connection with this litigation, including those claims that have been removed to this Court and consolidated with this action.**

**These bank records are to be treated as confidential documents pursuant to the protective order proposed by defendants but as amended by the Court's rulings on the record of today's conference, particularly with respect to paragraphs 2, 3, and 19, see Dkt. 60-1.**

**The parties shall prepare a revised protective order that incorporates the Court's rulings and submit it to the Court by April 20.**

**However, the production of the bank records shall be made today subject to the protective orders provisions as stated on the record.**

**Defendants' application to reconsider the schedule for briefing their motion to dismiss is granted, and the schedule proposed by defendants in Dkt. 57, calling for the motion to be served by April 24, for plaintiff to serve opposition by May 15, and for defendants reply to be served by May 29, 2020, is adopted.**

**However, plaintiff may, after reviewing the bank records, seek additional time to submit opposition to defendants' anticipated motion.**

**THE COURT SHALL HOLD A FURTHER TELEPHONE CONFERENCE ON JUNE 15 AT 4:00 P.M.**