# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

May 29, 2020

*<u>Via Electronic Filing</u>*
The Honorable Senior Judge Frederic Block
U.S. District Court Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Singh v. Lintech Electric, Inc. et al*
            <u>**Case No.: 1:18-cv-05780-FB-SMGJO**</u>

Dear Honorable Senior Judge Block:

      This law firm represents Defendants Lintech Electric, Inc. and Linden Tudor in the above-referenced action.

      This law firm also represents Defendants Holly Tudor, Linden Tudor and Tudor Enterprise Family Limited Partnership in the state court actions captioned *Singh v. Holly Tudor et al* (Index No. 720551-2019) (the "**First State Court Action**") and *Singh v. Tudor Entr. Family Ltd Partnership et al* (Index No.: 526826-2019) (the "**Second State Court Action**", and together, the "**State Court Actions**").

      Pursuant to Your Honor's Individual Motion Practice Rule 1(A) this letter respectfully serves to memorialize the telephonic conversation between the undersigned and Courtroom Deputy Mr. Michael Innelli ("**Mr. Innelli**"), held on May 29, 2020 at approximately 4:25 p.m.

      Pursuant to Mr. Innelli's guidance, in light of the ongoing COVID-19 pandemic, the undersigned will not be furnishing Chambers with a courtesy, hard-copy of the motion papers on Defendants' Motion to Dismiss.

      The fully-briefed Motion to Dismiss has been filed via ECF. *See* Dckt Nos. 73-79.

      Thank you, in advance, for your time and consideration.

                                      Respectfully submitted,

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By: */s/ Jason Mizrahi*
                                            Jason Mizrahi
                                            420 Lexington Avenue, Suite 2525
                                            New York, NY 10170
                                            Tel. No.:  (212) 792-0048
                                            Email: Jason@levinepstein.com
                                            *Attorneys for Defendants*

VIA ECF: All Counsel