*Jonathan Silver*
Attorney at Law

of Counsel
Stephen T. Fein
Jennifer Beinert
Paul C. Kerson

Crossroad Tower
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

July 10, 2020

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Gursewak Singh v Lintech Electric Inc., et al
      United States District Court EDNY 18 CV5780

Dear Magistrate Gold:

The parties are not ready at this time to proceed to mediation.

Respectfully submitted,

JONATHAN SILVER

JS/eb