## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | September 22, 2020 |
| **TIME:** | 12:00 p.m. |
| **DOCKET NUMBER(S):** | CV 18-5780 (FB) |
| **NAME OF CASE(S):** | Singh v. Lintech Electric, Inc. et al |
| **FOR PLAINTIFF(S):** | Silver |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **THE PARTIES WILL SUBMIT A JOINT LETTER TO THE COURT BY DECEMBER 22, 2020** |
| **FTR/COURT REPORTER:** | 12:15-12:46 |

**TELEPHONIC-STATUS CONFERENCE RULINGS:**

**Silver for plaintiff, Mizrahi for defendants.**

**Plaintiff will respond to defendants' discovery demands by October 5, 2020.**

**Defendant will be deposed on October 12, 2020, and plaintiff will be deposed on October 21, 2020.**

**Non-party Talico will be deposed by December 1, 2020, and discovery will close by December 15, 2020.**

**THE PARTIES WILL SUBMIT A JOINT LETTER TO THE COURT BY DECEMBER 22, 2020, reporting on whether there is any additional discovery to complete, whether either party anticipates moving for summary judgment, and whether a referral to court-annexed mediation might be productive.**

**If not, counsel shall propose a schedule for preparing a joint pretrial order.**