# EXHIBIT G

*Jonathan Silver*

*Attorney at Law*

——

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

By reg mail and by email to Jason@levinepstein.com

July 17, 2019

Levin Epstein & Associates, P.C.
One Penn Plaza, Suite 2527
New York, New York 10119
Attn: Joshua Levin-Epstein, Esq.

              Re:    Gursewak Singh v Lintech Electric, Inc. et al
                     Case No.: 1:18-cv-05780

Dear Mr. Levin-Epstein:

        Plaintiff confirms that no document or information has been withheld based upon the general objections and privilege assertions made in response to defendants' document demands and interrogatories.

        In addition, the Court directed that defendants will produce all documents in their custody, possession, or control by July 10, 2019, and be precluded from relying in any way in this litigation on any documents, other than those obtained from others and promptly produced to plaintiff, not produced by that date.

        This will confirm that as of this date this office has not received any further discovery responses from the defendants

                                          Very truly yours,

                                          JONATHAN SILVER

js/mm