UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GURSEWAK SINGH

                              Plaintiff,

                                                      DECLARATION

            -against-

                                              **EDNY 18 CV 5870**

LINTECH ELECTRIC, INC.;
LINDEN J. TUDOR
                              Defendants

-----------------------------------------------------------------------X

            GURSEWAK SINGH hereby declares under penalty of

perjury that the foregoing is true and correct:

            1. I am the plaintiff in this case.

            2. Starting in late 2014 and ending in 2018 I worked as

an electrician. Almost all of the work was at locations of the

NYCHA. I would add electrical service to scaffolds.

            3. I worked for LINTECH ELECTRIC INC. Sometimes I

was told to sign sign in/out sheets for LINTECH, sometimes I was

told to sign sign in/our sheets for another company TALICO and

sometimes I was told to sign sign/in sheets for another company

NEELAM.

            4. I also did some work at private jobs where I was told

to work by LINTECH and sometimes got paid from other companies.

5. I was told that if I continue to work that I would be allowed to join the union.

6. I worked with Kuldeep Singh and Jagdev Singh at NYCHA a lot of the time. They are witnesses to my work and work days and work hours. They would work putting up and down scaffolds. After they put up the scaffolds I would do the electrical work. I think they worked for TALICO.

5. In 2016 and 2017 I also worked as an Uber driver but not when I was working as an electrician, only at other hours.

6. My attorney has shown me 33 checks on a bank account for LINTECH with each check dated January 20, 2017 written to Gursewak Singh and showing the initials "G.S." on the reverse side. I did not get those checks and I did not write those initials.

7. I do not read English well enough to understand this document so it has been translated to me by Harjit Kaur, who speaks my native language of Punjabi. I signed this document after she translated it to me.

8. I would use Harjit Singh to help me communicate with my attorney both over the telephone and in person.

9. At some point during this case my attorney showed me a W2 statement for me from TALICO that he was provided by the

attorney for LINTECH and I was asked to bring to him copies of my income tax returns for the years 2014-2018 including all any W2 statements and 1099 statements.

11. I do not remember before that time being asked whether or not I had those records.

12. I never intended to hide those records or keep them secret.

Dated: March 12 - 2021

Gursewak Singh
Gursewak Singh