UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GURSEWAK SINGH

                Plaintiff,

                              DECLARATION

-against-

                              **EDNY 18 CV 5870**

LINTECH ELECTRIC, INC.;
LINDEN J. TUDOR

                Defendants
------------------------------------------------------------------X

    HARJIT KAUR hereby declares under penalty of perjury that the foregoing is true and correct:

    1. I am related to the plaintiff in this case and I speak both English and Punjabi.

    2. I have read to him in Punjabi the Declaration his attorney prepared and he advised me that is true and accurate and I then told him to sign it and send it back to the attorney.

    3. I have also served as his translator at various times when he needs to communicate with his attorney whether over the telephone or in person.

Dated:

                                                                _____
                                                                Harjit Kaur