UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GURSEWAK SINGH

                      Plaintiff,

                                         **AFFIRMATION**

        -against-

                                          **EDNY 18 CV 5870**

LINTECH ELECTRIC, INC.;
LINDEN J. TUDOR

                      Defendants
-------------------------------------------------------------------------X

      JONATHAN SILVER, an attorney duly licensed to practice law in the Courts of the State of New York, hereby affirms under the penalties of perjury:

      1. I am the attorney for GURSEWAK SINGH in the above action and I am fully familiar with the facts and circumstances of this case.

      2. I submit this Affirmation to oppose the pending motions for sanctions and other relief.

      3. A true and correct copy of Docket 12, the initial conference hearing dated January 30, 2019, is attached as **Exhibit A**.

4. A true and correct copy of plaintiff's email to defendant dated February 4, 2019 requesting discovery of any documents is attached as **Exhibit B**.

5. A true and correct copy of plaintiff's letter to defendant dated March 4, 2019 is attached as **Exhibit C**.

6. A true and correct copy of plaintiff's initial disclosure dated December 21, 2018 and W2 statements is attached as **Exhibit D.**

7. A true and correct copy of defendant's email to plaintiff's counsel dated March 4, 2019 providing plaintiff's correct employer is attached as **Exhibit E.**

8. A true and correct copy of plaintiff's letter to Magistrate Gold dated March 15, 2019 requesting a pre-motion conference to compel defendants to provide records which was held on March 26, 2019 is attached as **Exhibit F**.

9. A true and correct copy of the conference held by the Court on June 27, 2019 where defendant was directed to produce all documents in their possession or be precluded from using documents later produced is attached as **Exhibit G.**

10. A true and correct copy of the letter motion to the Court to compel defendant to appear on a date certain after defendant repeatedly sought adjournment and only after the Court directed on

September 3, 2019 for defendants to appear on September 24, 2019 is attached as **Exhibit H.**

11. A true and correct copy of relevant portions of the defendant, Linden J. Tudor's, deposition held on September 23, 2019 is attached as **Exhibit I**.

12. A true and correct copy of relevant portions of the plaintiff's deposition held on September 24, 2019 and October 4, 2019 is attached as **Exhibit K**.

13. A true and correct copy of defendant's email providing additional documents after the defendant's deposition was held is attached as **Exhibit L**.

14. A true and correct copy of a three page employee detail which were included in the new documents provided by the defendant is attached as **Exhibit M.**

15. A true and correct copy of defendant's email to plaintiff dated October 7, 2019 is attached as **Exhibit N.**

16. A true and correct copy of docket 30 is attached as **Exhibit O.**

17. A true and correct copy of the declaration of Steven Bogart is attached as **Exhibit P.**

18. A true and correct copy of checks claimed by defendants and provided in discovery totaling $29,914.57 is attached as **Exhibit Q.**

19. A true and correct copy of the Lintech wage statements to plaintiff provided in discovery is attached as **Exhibit R.**

20. A true and correct copy of 33 checks made payable to Gursewak Singh is attached as **Exhibit S.**

21. A true and correct copy of docket number 88 in which the Court granted plaintiff's request to conduct a further deposition of the defendant is attached as **Exhibit T.**

22. A true and correct copy of docket 92 where all discovery was stayed by the Court pending the determination of this motion is attached as **Exhibit U.**

WHEREFORE, plaintiff prays that the motion be denied and that plaintiff be afforded such other and further relief as is deemed just and proper.

Dated: Kew Gardens, New York
March 12, 2021

JONATHAN SILVER