Minute Entry (12): Initial Conference Hearing held on 1/30/2019 before Magistrate Judge Steven M. Gold. Silver for plaintiff, Mizrahi for defendants. Defendants will promptly produce information about the entity they contend was plaintiff's actual employer, together with any documents readily available that corroborate that contention. The parties will continue with paper discovery thereafter. Plaintiff will file either an amended complaint, on consent, or submit a written status report indicating how he intends to proceed with this action, by March 22, 2019. (Gillespie, Saudia) (Entered: 01/30/2019)