UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GURSEWAK SINGH

                       Plaintiffs,

                                                              PLAINTIFF'S INITIAL DISCLOSURE

            -against-                                           Rule 26(a)(1)

                                                              **EDNY 18 CV 5870**

LINTECH ELECTRIC, INC.;
LINDEN J. TUDOR

                      Defendant
------------------------------------------------------------------X

       Plaintiff by and through his attorney, Jonathan Silver, Esq. provides the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Plaintiff reserves the right to supplement these responses if they become aware of additional information and documents subject to initial disclosure. Documents prepared by or for counsel, or other documents subject to the protection of a privilege or the work product doctrine, are not included.

       (A) The names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information that plaintiffs may use to support their claims or defenses, unless solely for impeachment:

            1. The plaintiff and the individual defendant

       (B) A copy of, or description by category and location of, all documents, data, compilations, and tangible things in the possession, custody or control of the plaintiff that plaintiff may use to support his claim or defenses unless solely for impeachment:

            W2 statements; ID badges copies of which are attached as Exhibit A

(C) A computation of any category of damages claimed by plaintiffs together with the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

See W2 statements attached. Defendants may or may not possess other records such as wage stubs, time records, sign in sheets, wage reports made to third parties, payroll records, payroll reports, daily reports, employee record cards, IRS 941 reports, NYS 45 forms all which will assist the plaintiff in providing a more detailed computation of damages.

Plaintiff cannot presently compute damages as he first needs to obtain disclosure of the additional information and documents from the defendants which may help confirm his work days and hours.

Upon such disclosure the plaintiff can provide a more detailed computation which will follow.

The plaintiff's are entitled to have attorney's fees as determined to be paid by the defendants.

(D) Insurance Agreements: NONE APPLICABLE

Dated: December 21, 2018

**JONATHAN SILVER ESQ (7924)**
Attorney for Plaintiff
80-02 Kew Gardens Road, Suite 316
Kew Gardens, New York 11415
(718) 520-1010

| a Employee's social security no. 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 | Copy B—To Be Filed With Employee's FEDERAL Tax Return. OMB No. 1545-0008 | |
|---|---|---|
| b Employer identification number (EIN) 11-3263291 | 1 Wages, tips, other comp. 21318.34 | 2 Federal income tax withheld 42.64 |
| c Employer's name, address, and ZIP code LINTECH ELECTRIC INC 3006 TILDEN AVE BROOKLYN, NY 11226 | 3 Social security wages 21318.34 | 4 Social security tax withheld 1321.74 |
| | 5 Medicare wages and tips 21318.34 | 6 Medicare tax withheld 309.11 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code GURSEWAK SINGH FLOOR 3 113 19 ATLANTIC AVENUE RICHMOND HILL, NY 11418 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | 14 Other NYSDI 49.51 | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 11-3263291 | 21318.34 | 1215.15 | 21318.34 | 724.83 | NYC |

Form W-2  Wage and Tax Statement  2015  38-2099803  Department of the Treasury — Internal Revenue Service

This information is being furnished to the Internal Revenue Service.
5 BW2BC   NTF 2579580   BW2EEBC   Copyright 2015 Greatland/Nelco – Forms Software Only

---

| a Employee's social security no. 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 | Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.) OMB No. 1545-0008 | |
|---|---|---|
| b Employer identification number (EIN) 11-3263291 | 1 Wages, tips, other comp. 21318.34 | 2 Federal income tax withheld 42.64 |
| c Employer's name, address, and ZIP code LINTECH ELECTRIC INC 3006 TILDEN AVE BROOKLYN, NY 11226 | 3 Social security wages 21318.34 | 4 Social security tax withheld 1321.74 |
| | 5 Medicare wages and tips 21318.34 | 6 Medicare tax withheld 309.11 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code GURSEWAK SINGH FLOOR 3 113 19 ATLANTIC AVENUE RICHMOND HILL, NY 11418 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | 14 Other NYSDI 49.51 | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 11-3263291 | 21318.34 | 1215.15 | 21318.34 | 724.83 | NYC |

Form W-2  Wage and Tax Statement  2015  38-2099803  Department of the Treasury — Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy B—To Be Filed With Employee's FEDERAL Tax Return

| Box | Value |
|---|---|
| a Employee's SSN | 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 |
| b Employer ID no. (EIN) | 11-3263291 |
| 1 Wages, tips, other comp. | 52257.28 |
| 2 Federal income tax withheld | 7960.89 |
| 3 Social security wages | 52257.28 |
| 4 Social security tax withheld | 3239.99 |
| 5 Medicare wages and tips | 52257.28 |
| 6 Medicare tax withheld | 757.79 |

c Employer's name, address, and ZIP code:
LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

e Employee's name, address, and ZIP code:
GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

14 Other: NYSDI 40.20

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 11-3263291 | 52257.28 | 2291.65 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 52257.28 | 1457.77 | NYC |

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury — IRS

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| Box | Value |
|---|---|
| a Employee's SSN | 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 |
| b Employer ID no. (EIN) | 11-3263291 |
| 1 Wages, tips, other comp. | 52257.28 |
| 2 Federal income tax withheld | 7960.89 |
| 3 Social security wages | 52257.28 |
| 4 Social security tax withheld | 3239.99 |
| 5 Medicare wages and tips | 52257.28 |
| 6 Medicare tax withheld | 757.79 |

LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

14 Other: NYSDI 40.20

| NY | 11-3263291 | 52257.28 | 2291.65 |
|---|---|---|---|

| 52257.28 | 1457.77 | NYC |
|---|---|---|

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury — IRS

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

| Box | Value |
|---|---|
| a Employee's SSN | 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 |
| b Employer ID no. (EIN) | 11-3263291 |
| 1 Wages, tips, other comp. | 52257.28 |
| 2 Federal income tax withheld | 7960.89 |
| 3 Social security wages | 52257.28 |
| 4 Social security tax withheld | 3239.99 |
| 5 Medicare wages and tips | 52257.28 |
| 6 Medicare tax withheld | 757.79 |

LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

14 Other: NYSDI 40.20

| NY | 11-3263291 | 52257.28 | 2291.65 |
|---|---|---|---|

| 52257.28 | 1457.77 | NYC |
|---|---|---|

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury — IRS

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| Box | Value |
|---|---|
| a Employee's SSN | 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 |
| b Employer ID no. (EIN) | 11-3263291 |
| 1 Wages, tips, other comp. | 52257.28 |
| 2 Federal income tax withheld | 7960.89 |
| 3 Social security wages | 52257.28 |
| 4 Social security tax withheld | 3239.99 |
| 5 Medicare wages and tips | 52257.28 |
| 6 Medicare tax withheld | 757.79 |

LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418

14 Other: NYSDI 40.20

| NY | 11-3263291 | 52257.28 | 2291.65 |
|---|---|---|---|

| 52257.28 | 1457.77 | NYC |
|---|---|---|

Form W-2 Wage and Tax Statement  2016  Dept. of the Treasury — IRS

| Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.) | | OMB No. 1545-0008 |
|---|---|---|
| a Employee's SSN 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 | 1 Wages, tips, other comp. 20382.67 | 2 Federal income tax withheld 3078.15 |
| b Employer ID no. (EIN) 11-3263291 | 3 Social security wages 20382.67 | 4 Social security tax withheld 1263.73 |
| | 5 Medicare wages and tips 20382.67 | 6 Medicare tax withheld 295.58 |

This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable & you fail to report it.

c Employer's name, address, and ZIP code
LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

d Control number

e Employee's name, address, and ZIP code
GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418
UNITED STATES

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other NYSDI 17.77 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |
| 15 State NY  Employer's state ID number 11-3263291 | 16 State wages, tips, etc. 20382.67 | 17 State income tax 891.06 |
| 18 Local wages, tips, etc. 20382.67 | 19 Local income tax 591.11 | 20 Locality name NYC |

Form W-2 Wage and Tax Statement   2017   Dept. of the Treasury — IRS

7  AW24UP   NTF 2581308   Copyright 2017 Greatland/Nelco

| Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return | | OMB No. 1545-0008 |
|---|---|---|
| a Employee's SSN 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 | 1 Wages, tips, other comp. 20382.67 | 2 Federal income tax withheld 3078.15 |
| b Employer ID no. (EIN) 11-3263291 | 3 Social security wages 20382.67 | 4 Social security tax withheld 1263.73 |
| | 5 Medicare wages and tips 20382.67 | 6 Medicare tax withheld 295.58 |

c Employer's name, address, and ZIP code
LINTECH ELECTRIC INC
3006 TILDEN AVE
BROOKLYN, NY 11226

d Control number

e Employee's name, address, and ZIP code
GURSEWAK SINGH
FLOOR 3
113 19 ATLANTIC AVENUE
RICHMOND HILL, NY 11418
UNITED STATES

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other NYSDI 17.77 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |
| 15 State NY  Employer's state ID number 11-3263291 | 16 State wages, tips, etc. 20382.67 | 17 State income tax 891.06 |
| 18 Local wages, tips, etc. 20382.67 | 19 Local income tax 591.11 | 20 Locality name NYC |

Form W-2 Wage and Tax Statement   2017   Dept. of the Treasury — IRS

4UPPERF*   NTF 0488