**From:** Jason@levinepstein.com,
**To:** juanplata@aol.com,
**Cc:** Joshua@levinepstein.com,
**Subject:** RE: Singh v. Lintech Electric, Inc. et al (18-cv-5780) - Responses & Objections to Discovery Requests
**Date:** Mon, Mar 4, 2019 2:04 pm

Jonathan,

Talico is also a sub-contractor for NEELAM CONSTRUCTION CORPORATION, who was the General Contractor. Their entity information, as per the Secretary of State's website, is:

KANTI BHANDERI
163 A PARIS AVE
NORTHVALE, NEW JERSEY, 07647

**From:** Jason Mizrahi
**Sent:** Monday, March 4, 2019 2:00 PM
**To:** 'juanplata@aol.com' <juanplata@aol.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Singh v. Lintech Electric, Inc. et al (18-cv-5780) - Responses & Objections to Discovery Requests

Jonathan,

See attached. The .pdf I previously sent contained responses to the Second set of Document Requests, but was labeled incorrectly. I've corrected the mistake.

As I mentioned during the initial case conference – the Plaintiff's correct employer is TALICO CONTRACTING INC. Their entity information listed on the Secretary of State's site, as of today is:

MANDEEP KAUR
133-10 ROCKAWAY BLVD.
SOUTH OZONE PARK, NEW YORK, 11420