Minute Order (23): Motion Hearing held on 6/27/2019 before Magistrate Judge Steven M. Gold. Silver for plaintiff, Mizrahi for defendants. The parties' discovery motions 20 are granted in part and denied in part for the reasons stated on the record. Defendants will produce all documents in their custody, possession, or control by July 10, 2019, and be precluded from relying in any way in this litigation on any documents, other than those obtained from others and promptly produced to plaintiff, not produced by that date. Plaintiff will, by July 18, 2019, confirm in writing that no document or information has been withheld based upon the general objections and privilege assertions made in response to defendants' document demands and interrogatories or, if information or documents were withheld on privilege grounds, provide a privilege log and, if withheld on other grands, submit a letter explaining those grounds. Plaintiff will be deposed on September 5, and defendant will be deposed on September 6, 2019. THE COURT WILL HOLD A FURTHER CONFERENCE AT 3:00 PM ON SEPTEMBER 19, 2019. The parties shall be prepared (1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT THROUGHOUT THE CONFERENCE, (2) to schedule depositions of non-parties and disclosures of expert reports, (3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and (4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment. Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so. (FTR Log #2:37-2:57.) (Gillespie, Saudia) (Entered: 06/28/2019)