*GURSEWAK SINGH VS.*
*LINTECH ELECTRIC, INC.*

---

*GURSEWAK SINGH*
*September 24, 2019*

---



**ELLEN GRAUER**
COURT REPORTING CO. LLC
**A U.S. Legal Support Company**

*Original File 285398.TXT*
***Min-U-Script® with Word Index***

*GURUSEWAK SINGH VS.*
*LINTECH ELECTRIC, INC.*

---

*GURUSEWAK SINGH*
*October 4, 2019*

---



**ELLEN GRAUER**
COURT REPORTING CO. LLC
**A U.S. Legal Support Company**

*Original File 285754.txt*
**Min-U-Script® with Word Index**

```
1                        SINGH
2         A.     No.
3                 MR. MIZRAHI: Please mark this
4         Defendant's Exhibit A.
5                   (Defendant's Exhibit A,
6         Complaint, marked for Identification.)
7                 MR. MIZRAHI: Madam Interpreter,
8         if you would like to follow along, we
9         are referring to Exhibit A which is
10        the Complaint.
11        Q.    Mr. Singh, I'm showing you a
12   copy of a Complaint that was filed on October
13   16, 2018.  Please take a moment to
14   familiarize yourself with this document.
15   Please let me know when you finished
16   reviewing it.
17        A.    I don't know how to read
18   English.
19        Q.    Mr. Singh, have you ever seen
20   this document before?
21        A.    I'm not sure because I don't
22   know how to read English so I don't know if I
23   have seen this before.
24        Q.    Mr. Singh, does your name
25   appear anywhere on this document?
```

```
 1                     SINGH
 2   with your sister about this lawsuit; is that
 3   correct?
 4           A.     Yes.
 5           Q.     Could you please tell me what
 6   your sister was communicating to you with
 7   regards to this lawsuit?
 8           A.     She translate for me.  She
 9   doesn't tell me much.  She just translated
10   the things for me.
11           Q.     Mr. Singh, how long have you
12   been living at 111-01 101st Avenue in
13   Richmond Hills, New York?
14           A.     About estimation one-and-a-half
15   years.
16           Q.     Where were you living before?
17           A.     I used to live at 113-19
18   Atlantic Avenue, Richmond Hills, zip code
19   11418.
20           Q.     Mr. Singh, how long were you
21   living at the Atlantic Avenue address?
22           A.     About five or six years.
23           Q.     Mr. Singh, how much do you
24   currently pay in rent?
25                     MR. SILVER: Now?  You mean
```

```
                        SINGH
 1
 2         Q.      When was this?
 3         A.      About October or November 2014.
 4         Q.      After he told you about
 5    Lintech, did he tell you to go somewhere
 6    specific?
 7         A.      So when I was working, the
 8    owner of Lintech came there and Kaldeep made
 9    me talk to him right there.
10         Q.      Where were you?
11         A.       Far Rockaway.
12         Q.      What was there?  What was in
13    Far Rockaway?
14         A.      So next to the buildings they
15    were putting sheds so that's where I was
16    working.
17         Q.      Who was putting sheds?
18         A.      It was some company before
19    Lintech they were putting it.
20         Q.      What was their name?
21         A.      Talico.
22         Q.      Who is Talico?
23         A.      It's a company's name and I
24    meet with the owner.  I don't know.
25         Q.      They put up and take down
```

1                          SINGH

2    sidewalk sheds?

3          A.    Yes, they put and tear down the

4    sheds.

5          Q.    When did you first meet Talico?

6    When did you first come to know Talico?

7          A.    So I met them when I was

8    putting the shed up and I was -- they hired

9    me as an electrician there.

10         Q.    When was that?

11         A.    It was like towards the end of

12   2014, I don't remember, October, November

13   2014.

14         Q.    How did you first meet them?

15   How did you first start working for them?

16              THE INTERPRETER: You are asking

17              -- Jason, can you please repeat the

18              question again and which company --

19              MR. MIZRAHI: Sure.

20              THE INTERPRETER: -- you are

21              talking about.

22         Q.    How did you come to start

23   working for Talico?

24         A.    In 2014.

25         Q.    How did you start working for

```
 1                        SINGH

 2   them?

 3          A.    So they hired me as an

 4   electrician.  I used to put the lights also

 5   and they used to put the sheds and they

 6   needed help with the electric with the wiring

 7   and the cabling.

 8          Q.    Did someone introduce you to

 9   Talico?  Did you get hired directly from

10   Talico?  You know, how did you start working

11   for them?

12          A.    So Kaldeep Singh used to work

13   with Talico and he made me to introduce with

14   Lintech.

15              MR. MIZRAHI: You can finish the

16              translation.  Sorry for cutting you

17              off.

18              THE INTERPRETER: I'm just

19              saying that I think he didn't maybe

20              understand although I was very clear

21              with my translation, but I don't know,

22              maybe I should put it another way.

23              MR. MIZRAHI: Don't put it

24              another way.  I want you to translate

25              exactly what was said and then if he
```

```
1                        SINGH
2       would like me to rephrase it, I can
3       rephrase it.
4              MR. SILVER: Let me see if I
5       get this right. You don't think he
6       understood the question that you asked
7       him; is that correct?
8              THE INTERPRETER: That's what
9       I'm thinking because then he started
10      referring to Lintech so I don't know
11      if he understood what he said to you
12      guys.
13             MR. MIZRAHI: Madam Court
14      Reporter, could you please tell me
15      the last question that was asked.
16             THE INTERPRETER: So I asked him
17      how --
18             MR. MIZRAHI: No, not you. I'm
19      asking the court reporter.  You can
20      go off the record. If you could just
21      tell me the last question that was
22      posed.
23             (Record read.)
24             MR. MIZRAHI: You can ask that
25      question again, please.
```

SINGH

1

2          You can interpret.  Please stop

3      him if he continues to speak and you

4      are having trouble interpreting

5      because I need to know exactly what

6      he's saying, okay?

7      A.    So I said that I wasn't -- that

8  I didn't work with Talico, I worked with

9  Lintech and Lintech and Talico, they used to

10  work on the sheds.

11          MR. MIZRAHI: Madam Court

12      Reporter, if we can go off the record

13      and you can repeat back some of the

14      responses to the questions that were

15      posed not too long ago I would like

16      to review the record.

17          (Record read.)

18          MR. MIZRAHI: Back on the

19      record.

20      Q.    So when Talico brought you to

21  this job site in Far Rockaway, there was a

22  company putting up and dismantling sidewalk

23  sheds; is that correct?

24          THE INTERPRETER: I'm sorry, I

25      cannot hear anyone.

```
 1                        SINGH
 2               MR. MIZRAHI: Is that better?
 3               THE INTERPRETER: Yes, that's
 4         much better.
 5               Q.    In 2014 when your friend took
 6    you to Far Rockaway, there was a company
 7    erecting and dismantling sidewalk sheds; is
 8    that right?
 9               A.    Yes, he took me for the
10    electric job there.
11               Q.    You said there was a company
12    there by the name of Talico, right?
13               A.    Yes, Talico is making the sheds
14    and I was doing the electric job for the
15    sheds.
16               Q.    How do you know Talico?
17               A.    I just got to know them on the
18    site.
19               Q.    Who do you know from Talico?
20               A.    So the owner of Talico, he just
21    met us on the site while we were working
22    there on and off and that's how we just got
23    to know him.
24               Q.    What was his name?
25               A.    Manmod Singh.
```

```
 1                    SINGH
 2               MR. MIZRAHI: Can you ask him to
 3          repeat the name, please?
 4          A.    Manmod.  His name was Manmod
 5     Singh.
 6          Q.    Did you and Manmod Singh ever
 7     communicate over text?
 8          A.    I don't know English.  How can
 9     I text him?
10          Q.    How did you and Manmod Singh
11     communicate?
12          A.    Sometimes he used to come on
13     the site and we just talk there.
14          Q.    What did you guys talk about?
15          A.    We will communicate about the
16     work that he will tell me, for example, we
17     are putting the shed here, you can put the
18     lights here.
19          Q.    Would he direct how you worked?
20     Would he direct your work?
21          A.    So he didn't direct me how to
22     do it.  He would just tell me okay, we are
23     putting the shed here, Lintech is doing the
24     electricity, the electric job here.
25          Q.    During that time, how often
```

SINGH

1

2    would you put up and take down sidewalk

3    sheds?

4           A.    Well, there is a base for the

5    shed so whenever we are done we take the shed

6    off and we take the panel of the electricity

7    off and everything.

8           Q.    How many times a week would you

9    do that?

10          A.    I used to work every day.

11          Q.    Would you take down the sheds

12   every day?

13          A.    We used to put it every day and

14   as they finish we used to start then taking

15   it off.

16          Q.    So every day you would help

17   them put it up and every day you would help

18   them take it down; is that correct?

19          A.    No, understand me what I'm

20   going to say to you so when we start putting

21   the shed, we put lights under it.  Takes

22   about like after I put the -- takes about a

23   month or 20 days until we get done and then

24   we started taking it off.

25          Q.    I'm confused so I just want to

```
 1                        SINGH
 2   make sure that I have the right testimony.
 3   Before you said that every day that you would
 4   take down the sheds, you would dismantle the
 5   sheds, is that true?
 6             MR. MIZRAHI: You can translate.
 7        A.    Like okay so I'm going to tell
 8   you how we do it like, for example, I put
 9   shed A and then I put shed B and C and like
10   that so as they finish working in the
11   building so that shed because we continue
12   making them and once we have done them
13   before, we are done with them like we are
14   done using them, then we start taking those
15   down so it's like a chain of sheds.
16        Q.    So you help put them up and you
17   help take them down, right?
18             MR. MIZRAHI: You can strike
19        that question.  I'm going to rephrase
20        the question.
21        Q.    So you help put up the sidewalk
22   sheds and you help take down the sidewalk
23   sheds; is that right?
24        A.    Because I was electrician so I
25   didn't help them to put the sheds up or take
```

```
 1               SINGH
 2  down.  My job was the electrician to take
 3  care of the electricity.
 4            Q.    Did you ever from 2014 until
 5  2018 perform any work that included putting
 6  up or taking down sidewalk sheds?
 7            A.    So I don't -- according to my
 8  memory I don't remember anything unless they
 9  got my signature on something, but I don't
10  remember anything that I have worked with the
11  sheds.  After that, after 2018, I worked with
12  the union.  I work with them doing the sheds
13  up.
14            Q.    But if your signature was on
15  something it would help you remember?
16            A.    As an electrician with Lintech
17  I sign many times and if I have not done it,
18  maybe I haven't signed it.
19                 MR. MIZRAHI: Madam Court
20            Reporter, could you re-ask the
21            question that was last posed.
22                 (Record read.)
23                 MR. MIZRAHI: Could you please
24            ask the question again. You can
25            translate.
```

1                         SINGH

2       Q     To get the license.

3       A     Yes, I had spent money to obtain a

4   license, the fees, whatever the fees is.

5       Q     And you needed the license to do that

6   kind of work; is that correct?

7       A     I had told you earlier also that we

8   have to keep the licenses like OSHA and all of

9   the licenses if we need anything to do the

10  project.

11      Q     Do you remember any projects that

12  required you to have this license?

13      A     No.  Since I got the license, after

14  that I started working with Lintech, started

15  working with Lintech.  I used to do the

16  electrician work.

17      Q     While you were working at Lintech did

18  you ever do any work that required you to put up

19  or take down scaffolding?

20      A     No.

21      Q     So why did you have a license for

22  putting up and taking down scaffolding?

23              MR. SILVER:  Come on, you know

24              something, you've asked this four or

25              five times.  You're not asking it

SINGH

Q    When was this?

A    When I started the work with them.

Q    When was that?

A    I started working with them in 2014, in the last of 2014.

Q    What month?

A    I don't know the exact date, but it was around the 10th or 11th month of 2014.

Q    On how many other occasions did you meet Mr. Tudor?

A    I met him two, three times.

Q    On what other occasions did you meet Mr. Tudor?

A    I met him at the Bedford in Brooklyn.

        MR. SILVER:  What was that word?

        THE INTERPRETER:  Bedford.

        MR. SILVER:  Oh, Bedford, all right.

Q    When was this?

A    I met him that job.

Q    When was that?

A    Which year it was?

Q    Approximately, yes?

A    Around 2015.

1                          SINGH

2       A    No, I don't remember.   I did not put

3   this thing in my head.

4       Q    What kind of work did you perform on

5   Sundays?

6       A    Private bridges.   There used to be a

7   private bridge that I put the lights there.   My

8   work was only electrician.

9       Q    Mr. Singh, do you have any documents

10  relating to work that you performed on Sundays?

11      A    No, there was no -- nothing there.

12  They never told me to sign anything.

13      Q    Mr. Singh, how many NYCHA sites did you

14  work on in 2015?

15      A    I'm not sure where I worked at the

16  NYCHA.   I told you under also they send me from

17  one location to another location, the wires

18  charge, I have to put the lights there, so it's

19  like that.

20      Q    Do you remember how many projects you

21  worked on for NYCHA in 2016?

22      A    How many projects I work?   Sometimes I

23  work there, sometimes it's one of the project,

24  sometimes I go there.

25      Q    Do you remember how many NYCHA projects

SINGH

1

2      Q      Mr. Singh, is this your signature?

3      A      Yes, it is.

4      Q      Mr. Singh, are these the last four

5   digits of your Social Security number?

6      A      Yes.

7      Q      Mr. Singh, is this your handwriting?

8      A      No, this is not mine.  They increased

9   time, decreased time here.

10      Q      Mr. Singh, is this your handwriting?

11      A      I'm not sure about this handwriting.

12              MR. MIZRAHI:  For the record, we're

13              referring to the contents written under

14              sections time dash in and time dash

15              out.

16              MR. SILVER:  I'm sorry, you asked

17              several questions about more than two

18              boxes.  Which one is which?

19      Q      Mr. Singh, who wrote this information

20   in this box?

21      A      They put the time later and they just

22   make me to sign these and these (indicating.)

23      Q      Mr. Singh, who recorded this

24   information?

25      A      I don't know who.  That's what I'm

SINGH

1
2   telling you the same thing.  In the Rockaway I
3   had work and they did not make me to sign
4   anywhere.
5       Q    Mr. Singh, I'm asking you a question
6   about a document that's in front of you that's
7   dated September 16, 2015.  Do you see that date?
8       A    Yes, I can see that.
9       Q    Mr. Singh, the document reflects
10  certain hours that you worked on that date,
11  specifically it reflects hours beginning from
12  1:30 p.m. to 3 p.m.  Do you see that?
13              MR. SILVER:  I'm sorry, say that
14          again?  Can I have the question back?
15      Q    Do you see --
16              MR. MIZRAHI:  Can I have -- I'm
17          sorry, go ahead.
18      Q    Do you see these figures?
19      A    Yes, I can see.
20      Q    Do you see your signature next to these
21  figures?
22      A    Yes, I can see that.
23      Q    Mr. Singh, who recorded the information
24  in this document?
25      A    This section, I don't know who recall

SINGH

1
2  this one.

3     Q    Mr. Singh, how would someone record

4  this information if you didn't provide it to

5  them?

6             MR. SILVER:  I'm sorry, you want

7             him to give --

8             MR. MIZRAHI:  You can strike that

9             question.  I can rephrase the question.

10    Q    Mr. Singh, why would you sign a

11  document if there wasn't any information next to

12  it?

13    A    Well, what should I give you the

14  answer?  They asked me to sign it and whatever

15  the hour they put it on there.

16    Q    Mr. Singh, how many hours did you work

17  for this week?

18             MR. SILVER:  Which week?

19    Q    For the week including September 16,

20  2015.

21    A    I used to work in the morning until 5

22  p.m., and they put the timing on their own.

23    Q    Mr. Singh, there's a second signature

24  at the bottom of the page.  Do you see that?

25    A    I don't know who sign.

```
                          SINGH
 1
 2    next to the hours that are worked?
 3        A    I don't know what is that, what 8 a.m.
 4    in the morning and finish work at 5 p.m.
 5        Q    Mr. Singh, does your signature appear
 6    on this document?
 7        A    Okay.  They used to tell us that fill
 8    this sheet, and time, they do it on their own.
 9        Q    Mr. Singh, does your signature appear
10    on this document?
11              MR. SILVER:  You've asked that
12              already.  What's the next question?
13              Stop, stop, stop.  What else?
14              MR. MIZRAHI:  Your client has not
15              answered the question.
16              MR. SILVER:  He's answered several
17              times.  Move on.  Your time is limited.
18              You don't get to do this forever.  You
19              get seven hours worth.  You've already
20              spent, in all fairness, you had two
21              hours the last time, now you've gone
22              through three hours.  If you want to
23              spend the remaining period of your time
24              doing this, repeating the same
25              questions, I don't see why.
```

1                               SINGH

2          Q     Mr. Singh, how much were you

3     compensated the week of November 8, 2015?

4          A     How much I make for a week?

5          Q     How much did you make the week of

6     November 8, 2015?

7          A     They don't used to give me a weekly.

8     They used to give me 600, 700 or 900, around

9     there, for a month.

10         Q     What is that number based on?

11         A     They just give me cash.

12         Q     Why would that figure increase or

13    decrease?

14         A     They know that I don't know that.

15         Q     Why sometimes 700 and sometime 800?

16         A     Sometimes I work as a private on

17    Saturday, Sunday, that's the money they give it

18    to me.

19         Q     Mr. Singh, how many hours did you work

20    the week ending November 8, 2015?

21         A     All year?

22         Q     How many hours did you work the week

23    ending November 8, 2015?

24         A     I used to work from 8 a.m. every day

25    till 5 p.m. and I was continuously working and

```
 1                          SINGH
 2       A    In 2018 I used -- sometimes I used to
 3  work, also.
 4       Q    At any point during this period did you
 5  ever raise any issues with respect to how you
 6  were paid, to your employers?
 7       A    I raised my voice against someone?
 8       Q    Did you ever speak with anybody about
 9  issues regarding your compensation?
10       A    They told me that they're going to make
11  me a union card and they're going to give me an
12  installment.  I don't know many things.  So I
13  spoke to a few people that they said it's like
14  that.
15       Q    Mr. Singh, during the period that you
16  were working at Lintech, did you ever speak with
17  anybody about your concerns regarding how you
18  were paid?
19       A    I did not talk to someone else.  I'm
20  not that much educated person.
21       Q    Did you ever speak with anybody at
22  Lintech about your compensation?
23       A    If they had advised me that they were
24  going to provide me the money, it just stop
25  right now.
```

```
 1                         SINGH
 2        A     Yes, it is.
 3        Q     Mr. Singh, did you have an opportunity
 4   to review this document with your attorney?
 5        A     I just signed it, this document.  I
 6   don't know what is in there, but if you repeat
 7   it then I can tell you what is there, what is
 8   not.
 9        Q     Mr. Singh, did you verify the accuracy
10   of the information in this document before you
11   had signed it?
12        A     I had signed it.  Whatever my attorney
13   has stated is correct.
14        Q     Mr. Singh, did you review this document
15   before you signed it?
16        A     That they had given me everything.
17        Q     Mr. Singh, did you review this document
18   before you signed it?
19        A     Whatever the thing is that I had given
20   to my attorney, my sister has translated for me,
21   and then I signed it.
22        Q     Is the information in this document
23   true and correct, to the best of your knowledge?
24        A     Yes, if it's written by my attorneys,
25   correct.
```