**From:** Jason@levinepstein.com,
**To:** juanplata@aol.com,
**Cc:** Joshua@levinepstein.com,
**Subject:** Singh v. Lintech Electric, Inc. et al (18-cv-5780)
**Date:** Mon, Oct 7, 2019 12:24 pm

Jonathan,

Below, please find a courtesy link to the Dropbox folder, containing Defendants' supplemented bate-stamped document production.

https://www.dropbox.com/sh/463gdcbb1of8bza/AADt08WhdTzAL2eZB6_v14kZa?dl=0

Thank you

Jason

---

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, NY 10119
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (212) 563-7108
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*