```
JOSEPH TAX & CONSULTING SERVICE                                    EMPLOYEE DETAIL for LINTECH ELECTRIC INC
10/03/2019                                           Rpt B,2   Page 31                                          17:32:28

  Name:   SINGH, GURSEWAK                     01/01/16 thru 12/31/16
  Address: 113 19 ATLANTIC AVENUE/FLOOR 3     Date Hired:  / /
           RICHMOND HILL, NY 11418            Date Relsd:  / /
```

| Date | Sta | RegHrs | OVRTIMEHrs | Gross | MCWH | SSWH | FITW | SITW | LITW | NYSDI | Dues | HOURS2 | HPAY2 | MCOMP | NJSUI | NJSDI | WF/FL | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGH, GURSEWAK | | SSN: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 | | | | | | | | | | | | | | | | |
| 01/24 | A10 | 0.00 | 0.00 | 448.02 | 6.50 | 27.78 | 20.56 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.39 |
| Jan | | 0.00 | 0.00 | 448.02 | 6.50 | 27.78 | 20.56 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.39 |
| 02/13 | A10 | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 9.38 | 0.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 02/20 | A10 | 5.00 | 0.00 | 373.35 | 5.41 | 23.15 | 40.59 | 9.64 | 6.69 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.27 |
| 02/27 | A10 | 23.50 | 0.00 | 1754.75 | 25.44 | 108.79 | 346.55 | 97.67 | 60.59 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1115.11 |
| Feb | | 34.50 | 0.00 | 2576.12 | 37.35 | 159.72 | 438.93 | 121.12 | 76.66 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.54 |
| 03/05 | A10 | 23.00 | 0.00 | 1717.41 | 24.90 | 106.48 | 337.21 | 95.18 | 59.10 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1093.94 |
| 03/12 | A10 | 3.50 | 0.00 | 261.35 | 3.79 | 16.20 | 23.79 | 4.76 | 3.22 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.99 |
| Mar | | 26.50 | 0.00 | 1978.76 | 28.69 | 122.68 | 361.00 | 99.94 | 62.32 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1302.93 |
| Qtr 1 | | 61.00 | 0.00 | 5002.90 | 72.54 | 310.18 | 820.49 | 234.87 | 148.36 | 3.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3412.86 |
| 04/01 | A10 | 2.00 | 0.00 | 149.34 | 2.17 | 9.26 | 10.61 | 0.28 | 1.01 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.41 |
| 04/01 | A10 | 5.50 | 0.00 | 410.69 | 5.96 | 25.46 | 46.19 | 11.62 | 8.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 312.87 |
| 04/15 | A10 | 5.00 | 0.00 | 373.35 | 5.41 | 23.15 | 40.59 | 9.64 | 6.69 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.27 |
| 04/15 | A10 | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 04/15 | A10 | 7.00 | 0.00 | 522.69 | 7.58 | 32.41 | 62.99 | 18.22 | 12.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 388.75 |
| 04/15 | A10 | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 04/15 | A10 | 7.00 | 0.00 | 522.69 | 7.58 | 32.41 | 62.99 | 18.22 | 12.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 388.75 |
| 04/15 | A10 | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 848.75 |
| 04/15 | A10 | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 04/15 | A10 | 5.00 | 0.00 | 373.35 | 5.41 | 23.15 | 40.59 | 9.64 | 6.69 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.27 |
| 04/15 | A10 | 13.00 | 1.00 | 1082.72 | 15.70 | 67.13 | 178.54 | 54.18 | 33.88 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 732.69 |
| 04/15 | A10 | 5.00 | 0.00 | 373.35 | 5.41 | 23.15 | 28.91 | 9.64 | 6.69 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 298.95 |
| 04/15 | A10 | 16.50 | 0.00 | 1070.88 | 15.53 | 66.39 | 175.58 | 53.42 | 33.42 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 725.94 |
| 04/22 | A10 | 16.50 | 0.00 | 1232.06 | 17.86 | 76.39 | 196.40 | 63.81 | 35.70 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 837.30 |
| 04/22 | A10 | 7.00 | 0.00 | 522.69 | 7.58 | 32.41 | 62.99 | 18.22 | 12.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 388.75 |
| 04/22 | A10 | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 04/22 | A10 | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 04/24 | A10 | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 04/29 | A10 | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.38 |
| Apr | | 21.50 | 0.00 | 1605.41 | 23.28 | 99.54 | 309.21 | 57.89 | 54.62 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1030.27 |
| 05/06 | A10 | 147.50 | 1.00 | 12196.73 | 176.86 | 756.23 | 1720.72 | 487.54 | 314.10 | 12.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8728.68 |
| 05/06 | A10 | 14.50 | 0.00 | 1082.72 | 15.70 | 67.13 | 178.54 | 54.18 | 33.88 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 732.69 |
| 05/06 | A10 | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 05/06 | A10 | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.38 |
| 05/06 | A10 | 12.50 | 0.00 | 933.38 | 13.53 | 57.87 | 141.21 | 44.55 | 28.05 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 647.57 |
| 05/06 | A10 | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 848.67 |
| 05/06 | A10 | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 05/20 | A10 | 1.00 | 0.00 | 74.67 | 1.08 | 4.63 | 3.14 | 0.00 | 0.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.45 |
| 05/20 | A10 | 12.50 | 0.00 | 933.38 | 13.53 | 57.87 | 141.21 | 44.55 | 28.05 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 647.57 |
| 05/20 | A10 | 11.50 | 0.00 | 858.71 | 12.45 | 53.24 | 122.54 | 39.73 | 25.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605.01 |
| 05/27 | A10 | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 839.07 |
| May | | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| | | 105.00 | 0.00 | 7840.37 | 113.69 | 486.28 | 1188.22 | 352.59 | 223.04 | 6.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5470.35 |
| 06/17 | A10 | 18.50 | 0.00 | 1381.40 | 20.03 | 85.65 | 253.21 | 73.44 | 45.66 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 902.81 |
| 06/17 | A10 | 23.50 | 0.00 | 1754.75 | 25.44 | 108.79 | 346.55 | 97.67 | 60.59 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1115.11 |

Defendants 0332

# JOSEPH TAX & CONSULTING SERVICE

10/03/2019

Name: SINGH, GURSEWAK
Address: 113 19 ATLANTIC AVENUE/FLOOR 3
RICHMOND HILL, NY 11418

**EMPLOYEE DETAIL for LINTECH ELECTRIC INC**

Rpt B, 2   Page 32

01/01/16 thru 12/31/16
Date Hired: / /
Date Relsd: / /

17:32:28

| Date | Sta | RegHrs | OVRTIMEHrs | Gross | MCMH | SSMH | PITW | SITW | LITW | NYSDI | Dues | HOURS2 | HPAY2 | MCOMP | NJSUI | NJSDI | WF/FL | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun | | 42.00 | 0.00 | 3136.15 | 45.47 | 194.44 | 599.76 | 171.11 | 106.25 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2017.92 |
| Qtr 2 | | 294.50 | 1.00 | 23173.25 | 336.02 | 1436.78 | 3508.70 | 1011.24 | 643.39 | 20.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16216.95 |
| 07/01 A10 | | 2.00 | 0.00 | 149.34 | 2.17 | 9.26 | 10.61 | 0.28 | 1.01 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.41 |
| 07/22 A10 | | 11.50 | 0.00 | 858.71 | 12.45 | 53.24 | 122.54 | 39.73 | 25.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605.01 |
| 07/22 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.38 |
| 07/22 A10 | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 07/22 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.38 |
| Jul | | 25.50 | 0.00 | 1904.09 | 27.62 | 118.06 | 221.32 | 60.36 | 40.39 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1433.34 |
| 08/19 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.38 |
| 08/26 A10 | | 5.50 | 0.00 | 410.69 | 5.96 | 25.46 | 46.19 | 11.61 | 8.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 312.87 |
| 08/26 A10 | | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 839.07 |
| 08/26 A10 | | 24.00 | 0.00 | 1792.08 | 25.99 | 111.11 | 355.88 | 100.15 | 62.08 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1136.27 |
| 08/26 A10 | | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 08/26 A10 | | 6.50 | 0.00 | 485.36 | 7.04 | 30.09 | 57.40 | 16.02 | 10.76 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 363.45 |
| 08/26 A10 | | 9.50 | 0.00 | 709.37 | 10.29 | 43.98 | 91.00 | 30.10 | 19.32 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 514.08 |
| Aug | | 15.00 | 0.00 | 1120.05 | 16.24 | 69.44 | 187.87 | 56.59 | 35.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 753.98 |
| 09/07 A10 | | 84.50 | 0.00 | 6309.63 | 91.51 | 391.19 | 1011.13 | 290.21 | 183.47 | 4.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4337.32 |
| 09/21 A10 | | 14.00 | 0.00 | 1045.38 | 15.16 | 64.81 | 169.21 | 51.77 | 32.42 | 0.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 711.78 |
| 09/21 A10 | | 8.00 | 0.00 | 597.36 | 8.66 | 37.04 | 74.20 | 22.87 | 14.95 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439.64 |
| 09/21 A10 | | 5.50 | 0.00 | 410.69 | 5.96 | 25.46 | 46.19 | 11.61 | 8.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 313.47 |
| 09/25 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.98 |
| 09/25 A10 | | 4.50 | 0.00 | 336.02 | 4.87 | 20.83 | 34.99 | 7.90 | 5.53 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.30 |
| Sep | | 35.00 | 0.00 | 2613.46 | 37.90 | 162.03 | 342.78 | 97.42 | 63.33 | 0.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.98 |
| Qtr 3 | | 145.00 | 0.00 | 10827.18 | 157.03 | 671.28 | 1575.23 | 447.99 | 287.19 | 8.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7679.83 |
| 10/04 A10 | | 22.00 | 0.00 | 1642.74 | 23.82 | 101.85 | 318.55 | 90.30 | 56.11 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1051.51 |
| 10/04 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.98 |
| 10/17 A10 | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.98 |
| 10/17 A10 | | 20.00 | 0.00 | 1493.40 | 21.65 | 92.59 | 281.21 | 50.67 | 50.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 967.14 |
| 10/19 A10 | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 10/19 A10 | | 11.50 | 0.00 | 858.71 | 12.45 | 53.24 | 122.54 | 39.73 | 25.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605.14 |
| 10/25 A10 | | 65.50 | 0.00 | 4890.89 | 70.92 | 303.24 | 810.47 | 231.05 | 145.63 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3328.38 |
| Oct | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.19 | 3.27 | 2.43 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605.61 |
| 11/04 A10 | | 4.00 | 0.00 | 298.68 | 4.33 | 18.52 | 29.39 | 6.25 | 4.37 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 235.22 |
| 11/06 A10 | | 8.00 | 0.00 | 597.36 | 8.66 | 37.04 | 74.20 | 22.87 | 14.95 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439.04 |
| 11/12 A10 | | 10.00 | 0.00 | 746.70 | 10.83 | 46.30 | 96.60 | 32.51 | 20.77 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.09 |
| 11/20 A10 | | 9.50 | 0.00 | 709.37 | 10.29 | 43.98 | 91.00 | 30.10 | 19.32 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 514.08 |
| 11/20 A10 | | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 839.07 |
| 11/26 A10 | | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 225.21 | 56.22 | 41.18 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 839.07 |
| 11/26 A10 | | 68.50 | 0.00 | 5114.90 | 74.18 | 317.13 | 759.80 | 227.44 | 144.20 | 3.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3588.55 |
| Nov | | 10.50 | 0.00 | 784.04 | 11.37 | 48.61 | 103.87 | 34.91 | 22.23 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 562.45 |
| 12/11 A10 | | 20.00 | 0.00 | 1493.40 | 21.65 | 92.59 | 281.21 | 90.67 | 50.14 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 966.54 |
| 12/18 A10 | | 4.50 | 0.00 | 336.02 | 4.87 | 20.83 | 34.99 | 7.90 | 5.53 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.30 |
| 12/24 A10 | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.79 | 13.81 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.16 |
| 12/25 A10 | | 2.50 | 0.00 | 186.68 | 2.71 | 11.57 | 14.34 | 1.77 | 1.72 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153.97 |
| 12/31 A10 | | 43.50 | 0.00 | 3248.16 | 47.10 | 201.38 | 486.20 | 139.06 | 89.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2282.42 |
| Dec | | 177.50 | 0.00 | 13253.95 | 192.20 | 821.75 | 2056.47 | 597.55 | 378.83 | 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9199.35 |
| Qtr 4 | | 678.00 | 1.00 | 52257.28 | 757.79 | 3239.99 | 7960.89 | 2291.65 | 1457.77 | 40.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36508.99 |
| total | | | | | | | | | | | | | | | | | | |

Defendants 0333

**JOSEPH TAX & CONSULTING SERVICE**                          **EMPLOYEE DETAIL for LINTECH ELECTRIC INC**

10/03/2019                                                                                17:37:52

Name: SINGH, GURSEWAK                           Rpt B,2   Page 49
Address: 113 19 ATLANTIC AVENUE/FLOOR 3
         RICHMOND HILL, NY 11418                          01/01/17 thru 12/31/17
                                                          Date Hired:  /  /
                                                          Date Reisd:  /  /

| Date | Sta | Checks | RegHrs | OVTHrs | Gross | MCNB | SSNB | FITW | SITW | LITW | NYSDI | Dues | HOURS2 | EPAYZ | MCNEP | NJSDI | NJSDY | WF/FL | WF/FL | ASSIST | BENEFIT | DUES | BENEFIT | OTHERDOC | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINGH, GURSEWAK | | SSN: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 | | | | | | | | | | | | | | | | | | | | | | | |
| 01/07 A10 | o | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.50 | 13.79 | 9.38 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 01/14 A10 | o | | 17.50 | 0.00 | 1306.73 | 18.95 | 81.02 | 233.68 | 68.60 | 42.67 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 861.21 |
| 01/21 A10 | o | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.60 | 13.79 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 01/22 A10 | o | | 4.50 | 0.00 | 336.02 | 4.87 | 20.83 | 34.80 | 7.90 | 5.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.49 |
| 01/29 A10 | o | | 6.50 | 0.00 | 520.38 | 7.55 | 32.26 | 62.46 | 18.06 | 12.06 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387.40 |
| Jan | | | 51.00 | 0.00 | 3843.22 | 55.74 | 238.28 | 537.15 | 157.03 | 101.25 | 3.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2750.17 |
| 02/04 A10 | o | | 3.50 | 0.00 | 261.35 | 3.79 | 16.20 | 23.60 | 4.76 | 3.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 563.33 |
| 02/11 A10 | o | | 2.00 | 0.00 | 149.34 | 2.17 | 9.26 | 10.51 | 0.28 | 1.01 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 209.18 |
| 02/18 A10 | o | | 8.50 | 0.00 | 634.70 | 9.20 | 39.35 | 79.60 | 25.25 | 16.40 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 464.30 |
| Feb | | | 14.00 | 0.00 | 1045.39 | 15.16 | 64.81 | 113.71 | 30.29 | 20.63 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 798.95 |
| 03/03 A10 | o | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.60 | 13.79 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 03/04 A10 | o | | 6.00 | 0.00 | 448.02 | 6.50 | 27.78 | 51.60 | 13.79 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 03/05 A10 | o | | 6.50 | 0.00 | 448.02 | 6.50 | 27.78 | 51.60 | 13.79 | 9.38 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 03/11 A10 | c | | 7.50 | 0.00 | 560.03 | 8.12 | 34.72 | 68.40 | 20.44 | 13.53 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 414.22 |
| 03/12 A10 | o | | 2.00 | 0.00 | 149.34 | 2.17 | 9.26 | 10.51 | 0.28 | 1.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338.37 |
| 03/18 A10 | o | | 5.50 | 0.00 | 410.69 | 5.96 | 25.66 | 46.00 | 11.59 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.51 |
| 03/25 A10 | o | | 11.00 | 0.00 | 821.37 | 11.91 | 50.92 | 112.34 | 37.25 | 23.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 313.08 |
| 03/31 A10 | o | | 23.00 | 0.00 | 1717.41 | 24.90 | 106.48 | 336.35 | 95.14 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 584.63 |
| Mar | | | 12.50 | 0.00 | 933.38 | 13.53 | 57.87 | 140.34 | 44.52 | 28.05 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1094.84 |
| Qtr 1 | | | 79.50 | 0.00 | 5936.28 | 86.09 | 368.05 | 868.74 | 250.63 | 161.51 | 5.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 648.47 |
| 04/08 A10 | o | | 144.50 | 0.00 | 10824.89 | 156.99 | 671.14 | 1519.60 | 437.95 | 283.39 | 10.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4195.86 |
| 04/22 A10 | o | | 14.50 | 0.00 | 1082.72 | 15.70 | 67.13 | 177.68 | 54.15 | 33.88 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7745.02 |
| 04/24 A10 | o | | 1.00 | 0.00 | 74.67 | 1.08 | 4.63 | 3.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 733.58 |
| Apr | | | 16.50 | 0.00 | 1232.06 | 17.86 | 76.39 | 215.61 | 63.78 | 39.70 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.55 |
| 05/01 A10 | o | | 32.00 | 0.00 | 2389.45 | 34.64 | 148.15 | 395.73 | 117.93 | 73.58 | 1.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 818.72 |
| 05/13 A10 | o | | 4.50 | 0.00 | 336.02 | 4.87 | 20.83 | 34.80 | 7.90 | 5.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1611.85 |
| May | | | 3.00 | 0.00 | 224.01 | 3.25 | 13.89 | 18.00 | 3.27 | 2.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 261.49 |
| 06/03 A10 | o | | 7.50 | 0.00 | 560.03 | 8.12 | 34.72 | 52.80 | 11.17 | 7.96 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 182.57 |
| Jun | | | 10.00 | 0.00 | 746.70 | 10.83 | 46.30 | 96.40 | 32.48 | 20.77 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.06 |
| Qtr 2 | | | 49.50 | 0.00 | 9696.18 | 53.59 | 229.17 | 544.93 | 161.58 | 102.31 | 3.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.32 |
| 07/15 A10 | o c | | 13.50 | 0.00 | 1008.05 | 14.62 | 62.50 | 96.40 | 32.48 | 20.77 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.32 |
| 07/22 A10 | c | | 17.00 | 0.00 | 1269.39 | 18.41 | 78.70 | 224.34 | 49.33 | 34.78 | 1.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2601.23 |
| 07/29 A10 | c | | 20.00 | 0.00 | 1493.40 | 21.65 | 92.59 | 280.35 | 56.19 | 46.17 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 687.21 |
| Jul | | | 50.50 | 0.00 | 3770.84 | 54.68 | 233.79 | 663.70 | 138.17 | 56.14 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 834.98 |
| 08/05 A10 | o | | 21.00 | 0.00 | 1568.07 | 22.74 | 97.22 | 299.01 | 85.46 | 55.45 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 961.43 |
| Aug | | | 21.00 | 0.00 | 1568.07 | 22.74 | 97.22 | 299.01 | 85.46 | 59.46 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2463.62 |
| Qtr 3 | | | 71.50 | 0.00 | 5338.91 | 77.42 | 331.01 | 962.71 | 281.62 | 196.55 | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1003.58 |
| 11/11 A10 | | | 2.00 | 0.00 | 149.34 | 2.17 | 9.26 | 10.51 | 0.28 | 1.20 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3487.20 |
| Nov | | | 5.00 | 0.00 | 373.35 | 5.41 | 23.15 | 40.40 | 9.63 | 7.66 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.32 |
| Qtr 4 | | | 7.00 | 0.00 | 522.69 | 7.58 | 32.41 | 50.91 | 9.91 | 8.86 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 286.50 |
| total | | | 272.50 | 0.00 | 20382.67 | 295.58 | 1263.73 | 3078.15 | 891.06 | 591.11 | 17.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14245.27 |

Defendants 0334