Minute Entry 30: Status Conference held on 11/5/2019 before Magistrate Judge Steven M. Gold. Silver for plaintiff Mizrahi, with Tudor, for defendants. Defendants may conduct a further deposition of plaintiff on or before December 23, 2019. Because defendants' failure to obtain documents from their accountant in a timely manner has given rise to their request for this continued deposition, defendants will bear all associated costs, including the cost of providing plaintiff with a copy of the deposition transcript. Plaintiff shall serve his pretrial order portion by January 10, 2020; defendants shall serve their portion by January 24, 2020, and plaintiff shall file the joint pretrial order with the Court by January 31, 2020. THE COURT WILL HOLD A FURTHER CONFERENCE AT 2:00 PM ON FEBRUARY 6, 2020. Counsel are encouraged to seek a referral to court-annexed mediation if they believe it might be productive to do so. (Gillespie, Saudia) (Entered: 11/06/2019)