UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GURSEWAK SINGH

                       Plaintiff,

                                                                                                      DECLARATION

        -against-

                                                                                               EDNY 18 CV 5870

LINTECH ELECTRIC, INC.;
LINDEN J. TUDOR

                     Defendants
------------------------------------------------------------X

      STEVEN BOGART hereby declares under penalty of perjury that the foregoing is true and correct:

      1. I was requested by JONATHAN SILVER ESQ. as attorney for GURSEWAK SINGH to provide to him my services to review documents and records that he had obtained from the attorney for the defendants relating to the banking records of LINTECH ELECTRIC INC. and its records of the days, work hours, rate of pay, wages and other information about GURSEWAK SINGH.

      2. Those records and documents were contained in a dropbox identified as follows:

**https://www.dropbox.com/sh/463gdcbb1of8bza/AADt08WhdTzAL2eZB6_v14kZa?dl=0**

The dropbox was contained in an email that was sent by Jason Mizrahi to Jonathan Silver Esq. (email is to juanplata@aol.com) and then forwarded to me by email from Jonathan Silver Esq.

      3. I have prepared various spreadsheets containing information requested by Mr. Silver derived from those records and documents.

4. The spreadsheets are accurate and were prepared using information contained in records and documents provided in the dropbox.

5. Those spreadsheets are identified as follows:

    A. LINTECH ELECTRIC INC. CHECKS ISSUED TO GURSEWAK SINGH;

    B. LINTECH WAGE STATEMENTS TO GURSEWAK SINGH

    C. LINTECH ELECTRIC INC. BANK STATEMENTS

Dated:

_____ 5/14/20
STEVEN BOGART