## LINTECH ELECTRIC, INC. CHECKS ISSUED TO GURSEWAK SINGH

| Check No. | Posted Amount | Check Date | Notation | Week Ending | Posted | Notes |
|---|---|---|---|---|---|---|
| 2419 | $ 1,018.18 | 02/04/2016 | Johnson Houses | | 02/05/2016 | Amt on Check $1816.18 |
| 2421 | $ 1,077.40 | 02/04/2016 | Johnson Houses | 11/28/2015 | 02/05/2016 | Duplicate Check #2421 |
| 2422 | $ 646.44 | 02/04/2016 | Johnson Houses | 11/21/2015 | 02/05/2016 | |
| 2424 | $ 369.39 | 02/04/2016 | Jefferson Houses | 11/11/2015 | 02/05/2016 | |
| 2425 | $ 307.83 | 02/04/2016 | Gowanus Houses | 10/24/2016 | 02/05/2016 | |
| 2426 | $ 123.13 | 02/04/2016 | Jefferson Houses | 09/27/2016 | 02/05/2016 | |
| 2382 | $ 711.00 | 08/20/2016 | No Notation | | 01/26/2017 | |
| 2384 | $ 839.00 | 08/13/2016 | Johnson Houses | | 01/26/2017 | |
| 2385 | $ 514.00 | 08/16/2016 | Johnson Houses | 08/06/2016 | 01/26/2017 | |
| 2386 | $ 235.22 | 07/30/2016 | Johnson Houses | 07/30/2016 | 01/26/2017 | |
| 2387 | $ 312.87 | 09/16/2016 | Johnson Houses | 07/16/2016 | 01/26/2017 | |
| 2389 | $ 1,136.00 | 09/02/2016 | Johnson Houses | 07/02/2016 | 01/26/2017 | |
| 2390 | $ 183.38 | 01/20/2017 | Shelton Houses | 07/17/2016 | 01/26/2017 | |
| 2391 | $ 182.38 | 01/20/2017 | Shelton Houses | 07/03/2016 | 01/26/2017 | |
| 2391 | $ 92.35 | 01/20/2017 | Shelton Houses | 07/03/2016 | 01/26/2017 | Amt on Check $182.38 |
| 2392 | $ 571.14 | 01/20/2017 | Shelton Houses | 03/06/2016 | 01/26/2017 | |
| 2393 | $ 605.01 | 01/20/2017 | Johnson Houses | 06/18/2016 | 01/26/2017 | |
| 2394 | $ 1,115.00 | 01/20/2017 | Johnson Houses | 06/11/2016 | 01/26/2017 | |
| 2395 | $ 902.81 | 01/20/2017 | Johnson Houses | 06/04/2016 | 01/26/2017 | |
| 2396 | $ 839.07 | 01/20/2017 | Johnson Houses | 04/30/2016 | 01/26/2017 | |
| 2397 | $ 1,030.28 | 01/20/2017 | Johnson Houses | 04/23/2016 | 01/26/2017 | |
| 2398 | $ 839.07 | 01/20/2017 | Johnson Houses | 04/16/2016 | 01/26/2017 | |
| 2399 | $ 839.07 | 01/20/2017 | Johnson Houses | 04/09/2016 | 01/26/2017 | |
| 2400 | $ 839.07 | 01/20/2017 | Johnson Houses | 04/02/2016 | 01/26/2017 | |
| 2401 | $ 605.01 | 01/20/2017 | Johnson Houses | 03/26/2016 | 01/26/2017 | |
| 2402 | $ 344.80 | 01/20/2017 | Johnson Houses | 03/19/2016 | 01/26/2017 | |
| 2403 | $ 92.35 | 01/20/2017 | Johnson Houses | 01/16/2016 | 01/26/2017 | |
| 2404 | $ 769.57 | 01/20/2017 | Johnson Houses | 01/09/2016 | 01/26/2017 | |
| 2405 | $ 369.39 | 01/20/2017 | Johnson Houses | 01/02/2016 | 01/26/2017 | |
| 2406 | $ 738.78 | 01/20/2017 | Johnson Houses | 12/19/2015 | 01/26/2017 | |
| 2407 | $ 726.91 | 01/20/2017 | Johnson Houses | 03/05/2016 | 01/26/2017 | |
| 2408 | $ 1,326.35 | 01/20/2017 | Johnson Houses | 02/27/2016 | 01/26/2017 | |
| 2409 | $ 287.27 | 01/20/2017 | Johnson Houses | 02/20/2016 | 01/26/2017 | |
| 2410 | $ 338.16 | 01/20/2017 | Johnson Houses | 02/06/2016 | 01/26/2017 | |
| 2411 | $ 725.94 | 01/20/2017 | Sheepshead Bay Hses | 03/27/2016 | 01/26/2017 | |
| 2412 | $ 605.00 | 01/20/2017 | Johnson Houses | 10/22/2016 | 01/26/2017 | |
| 2413 | $ 966.53 | 01/20/2017 | Johnson Houses | 10/15/2016 | 01/26/2017 | |
| 2414 | $ 338.17 | 01/20/2017 | Johnson Houses | 10/09/2016 | 01/26/2017 | |
| 2415 | $ 1,051.51 | 01/20/2017 | Johnson Houses | 10/01/2016 | 01/26/2017 | |
| 2416 | $ 261.29 | 01/20/2017 | Johnson Houses | 09/24/2016 | 01/26/2017 | |
| 2417 | $ 182.38 | 01/20/2017 | Johnson Houses | 09/14/2016 | 01/26/2017 | |
| 2417 | $ 92.35 | 01/20/2017 | Johnson Houses | 09/14/2016 | 01/26/2017 | Amt on Check $182.38 |
| 2418 | $ 439.04 | 01/20/2017 | Johnson Houses | 09/10/2016 | 01/26/2017 | |
| 2419 | $ 312.87 | 01/20/2017 | Johnson Houses | 09/03/2016 | 01/26/2017 | |
| 2420 | $ 539.10 | 01/20/2017 | Bushwick Houses | 11/20/2016 | 01/26/2017 | |
| 2420 | $ 182.38 | 02/04/2016 | Johnson Houses | 12/05/2015 | 01/26/2017 | Amt on Check $1385.23 |
| 2421 | $ 539.10 | 01/20/2017 | Nostrand Houses | 11/06/2016 | 01/26/2017 | Duplicate Check #2421 |
| 2427 | $ 137.32 | 02/04/2016 | Jefferson Houses | 09/20/2016 | 01/26/2017 | Amt on Check $215.48 |
| 2429 | $ 153.00 | 02/04/2016 | Jefferson Houses | 09/16/2015 | 01/26/2017 | Amt on Check $319.39 |

## LINTECH ELECTRIC, INC. CHECKS ISSUED TO GURSEWAK SINGH

| Check No. | Posted Amount | Check Date | Notation | Week Ending | Posted | Notes |
|---|---|---|---|---|---|---|
| 2437 | $ 182.38 | 11/24/2016 | Isaac Houses | 04/24/2016 | 01/26/2017 | |
| 2437 | $ 92.35 | 11/24/2016 | Isaac Houses | 04/24/2016 | 01/26/2017 | Amt on Check $182.38 |
| 2438 | $ 153.97 | 12/31/2016 | Johnson Houses | 12/31/2016 | 01/26/2017 | |
| 2438 | $ 92.35 | 12/31/2016 | Johnson Houses | 12/31/2016 | 01/26/2017 | Amt on Check $153.97 |
| 2439 | $ 261.29 | 12/24/2016 | Johnson Houses | 12/24/2016 | 01/26/2017 | |
| 2440 | $ 514.00 | 11/19/2016 | Johnson Houses | 11/19/2016 | 01/26/2017 | |
| 2441 | $ 439.00 | 11/12/2016 | Johnson Houses | 11/12/2016 | 01/26/2017 | |
| 2442 | $ 338.17 | 12/25/2016 | Patterson Houses | 12/26/2016 | 01/26/2017 | |
| 2594 | $ 387.40 | 01/22/2017 | Jefferson Houses | 01/22/2017 | 03/21/2017 | |
| Total | $ 29,914.57 | | | | | |