## LINTECH WAGE STATEMENTS TO GURSEWAK SINGH

| Page No. | Date of Wage Statement | Period | | | Gross Wages | $/Hr | Hrs | Notes |
|---|---|---|---|---|---|---|---|---|
| 4 | 06/30/15 | 06/26/15 | - | 06/26/15 | $ 7,504.35 | | | |
| 5 | 09/30/15 | 07/01/15 | - | 09/30/15 | $ 5,562.93 | | | |
| 6 | 12/31/15 | 10/01/15 | - | 12/31/15 | $ 8,251.06 | | | |
| | | | | Total 2015: | $ 21,318.34 | | | |
| 7 | 01/24/16 | 01/01/16 | - | 04/20/16 | $ 448.02 | | | |
| 8 | 02/13/16 | 02/08/16 | - | 02/13/16 | $ 448.02 | $ 74.67 | 6.00 | |
| 9 | 02/20/16 | 02/15/16 | - | 02/20/16 | $ 373.35 | $ 74.67 | 5.00 | |
| 10 | 02/27/16 | 02/22/16 | - | 02/27/16 | $ 1,754.75 | $ 74.67 | 23.50 | |
| 11 | 03/05/16 | 02/29/16 | - | 03/05/16 | $ 1,717.41 | $ 74.67 | 23.00 | |
| 12 | 03/12/16 | 03/07/16 | - | 03/12/16 | $ 261.35 | $ 74.67 | 3.50 | |
| 14 | 04/01/16 | 03/13/16 | - | 03/19/16 | $ 410.69 | $ 74.67 | 5.50 | |
| 13 | 04/01/16 | 03/21/16 | - | 03/26/16 | $ 149.34 | $ 74.67 | 2.00 | |
| 15 | 04/15/16 | 03/07/16 | - | 03/03/16 | $ 373.35 | $ 74.67 | 5.00 | |
| 23 | 04/15/16 | 03/07/16 | - | 03/13/16 | $ 373.35 | $ 74.67 | 5.00 | |
| 16 | 04/15/16 | 03/14/16 | - | 03/20/16 | $ 448.02 | $ 74.67 | 6.00 | |
| 22 | 04/15/16 | 03/14/16 | - | 03/21/16 | $ 298.68 | $ 74.67 | 4.00 | |
| 19 | 04/15/16 | 03/21/16 | - | 03/27/16 | $ 522.69 | $ 74.67 | 7.00 | |
| 24 | 04/15/16 | 03/21/16 | - | 03/28/16 | $ 1,082.72 | $ 74.67 | 14.00 | Incl 1 OT @ $112.01 |
| 20 | 04/15/16 | 03/28/16 | - | 04/03/16 | $ 522.69 | $ 74.67 | 7.00 | |
| 21 | 04/15/16 | 04/03/16 | - | 04/09/16 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 31 | 04/22/16 | 02/29/16 | - | 04/06/16 | $ 298.68 | $ 74.67 | 4.00 | |
| 27 | 04/22/16 | 04/10/16 | - | 04/16/16 | $ 1,232.06 | $ 74.67 | 16.50 | |
| 32 | 04/24/16 | 04/18/16 | - | 04/24/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 33 | 04/29/16 | 04/17/16 | - | 04/23/16 | $ 1,605.41 | $ 74.67 | 21.50 | |
| 35 | 05/06/16 | 04/04/16 | - | 04/10/16 | $ 448.02 | $ 74.67 | 6.00 | |
| 37 | 05/06/16 | 04/11/16 | - | 04/17/16 | $ 933.38 | $ 74.67 | 12.50 | |
| 38 | 05/06/16 | 04/24/16 | - | 04/30/16 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 34 | 05/06/16 | 04/25/16 | - | 04/30/16 | $ 1,082.72 | $ 74.67 | 14.50 | |
| 43 | 05/20/16 | 03/17/16 | - | 04/02/16 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 42 | 05/20/16 | 03/20/16 | - | 03/26/16 | $ 858.71 | $ 74.67 | 11.50 | |
| 41 | 05/20/16 | 05/02/16 | - | 05/08/16 | $ 933.38 | $ 74.67 | 12.50 | |
| 40 | 05/20/16 | 05/09/16 | - | 05/15/16 | $ 74.67 | $ 74.67 | 1.00 | |
| 45 | 06/17/16 | 05/29/16 | - | 06/04/16 | $ 1,381.40 | $ 74.67 | 18.50 | |
| 46 | 06/17/16 | 06/05/16 | - | 06/11/16 | $ 1,754.75 | $ 74.67 | 23.50 | |
| 47 | 07/01/16 | 02/08/16 | - | 02/14/16 | $ 149.34 | $ 74.67 | 2.00 | |
| 48 | 07/22/16 | 06/12/16 | - | 06/18/16 | $ 858.71 | $ 74.67 | 11.50 | |
| 51 | 07/22/16 | 05/16/22 | - | 05/22/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 52 | 08/19/16 | 05/09/16 | - | 05/15/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 55 | 08/26/16 | 06/26/16 | - | 07/02/16 | $ 1,792.08 | $ 74.67 | 24.00 | |
| 57 | 08/26/16 | 07/03/16 | - | 07/09/16 | $ 487.36 | $ 74.67 | 6.50 | |
| 53 | 08/26/16 | 07/10/16 | - | 07/16/16 | $ 410.69 | $ 74.67 | 5.50 | |
| 56 | 08/26/16 | 07/24/16 | - | 07/30/16 | $ 298.68 | $ 74.67 | 4.00 | |
| 54 | 08/26/16 | 08/07/16 | - | 08/14/16 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 59 | 08/26/16 | 08/15/16 | - | 08/21/16 | $ 1,120.05 | $ 74.67 | 15.00 | |
| 58 | 08/28/16 | 07/31/16 | - | 08/06/16 | $ 709.37 | $ 74.67 | 9.50 | |
| 60 | 09/07/16 | 08/14/16 | - | 08/20/16 | $ 1,045.38 | $ 74.67 | 14.00 | |
| 62 | 09/21/16 | 08/28/16 | - | 09/03/16 | $ 410.69 | $ 74.67 | 5.50 | |
| 61 | 09/21/16 | 09/04/16 | - | 09/10/16 | $ 597.36 | $ 74.67 | 8.00 | |
| 63 | 09/21/16 | 09/11/16 | - | 09/17/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 64 | 09/26/16 | 09/18/16 | - | 09/24/16 | $ 336.02 | $ 74.67 | 4.50 | |
| 65 | 10/04/16 | 09/25/16 | - | 10/01/16 | $ 1,642.74 | $ 74.67 | 22.00 | |
| 67 | 10/17/16 | 06/27/16 | - | 07/03/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 66 | 10/17/16 | 07/11/16 | - | 07/17/16 | $ 224.01 | $ 74.67 | 3.00 | |

## LINTECH WAGE STATEMENTS TO GURSEWAK SINGH

| Page No. | Date of Wage Statement | Period | | | Gross Wages | $/Hr | Hrs | Notes |
|---|---|---|---|---|---|---|---|---|
| 69 | 10/19/16 | 10/02/16 | - | 10/09/16 | $ 448.02 | $ 74.67 | 6.00 | |
| 68 | 10/19/16 | 10/10/16 | - | 10/16/16 | $ 1,493.40 | $ 74.67 | 20.00 | |
| 70 | 10/25/16 | 10/16/16 | - | 10/22/16 | $ 858.71 | $ 74.67 | 11.50 | |
| 71 | 11/04/16 | 10/23/16 | - | 10/29/16 | $ 224.01 | $ 74.67 | 3.00 | |
| 72 | 11/06/16 | 10/31/16 | - | 11/06/16 | $ 298.68 | $ 74.67 | 4.00 | |
| 73 | 11/12/16 | 11/06/16 | - | 11/12/16 | $ 597.36 | $ 74.67 | 8.00 | |
| 74 | 11/20/16 | 11/14/16 | - | 11/20/16 | $ 746.70 | $ 74.67 | 10.00 | |
| 76 | 11/26/16 | 11/20/16 | - | 11/26/16 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 78 | 12/11/16 | 12/05/16 | - | 12/11/16 | $ 784.04 | $ 74.67 | 10.50 | |
| 79 | 12/18/16 | 12/12/16 | - | 12/18/16 | $ 1,493.40 | $ 74.67 | 20.00 | |
| 80 | 12/24/16 | 12/18/16 | - | 12/24/16 | $ 336.02 | $ 74.67 | 4.50 | |
| 81 | 12/25/16 | 12/19/16 | - | 12/25/16 | $ 448.02 | $ 74.67 | 6.00 | |
| 82 | 12/31/16 | 12/25/16 | - | 12/31/16 | $ 186.68 | $ 74.67 | 2.50 | |
| | | | | Total 2016: | $ 45,252.13 | | | |
| 84 | 01/14/17 | 01/08/17 | - | 01/14/17 | $ 1,306.73 | $ 74.67 | 17.50 | |
| 86 | 01/21/17 | 01/15/17 | - | 01/21/17 | $ 336.02 | $ 74.67 | 4.50 | |
| 87 | 01/22/17 | 01/16/17 | - | 01/22/17 | $ 520.39 | $ 80.06 | 6.50 | |
| 88 | 01/29/17 | 01/23/17 | - | 01/29/17 | $ 784.04 | $ 74.67 | 10.50 | |
| 89 | 02/04/17 | 01/29/17 | - | 02/04/17 | $ 261.35 | $ 74.67 | 3.50 | |
| 90 | 02/11/17 | 02/05/17 | - | 02/11/17 | $ 149.34 | $ 74.67 | 2.00 | |
| 91 | 02/18/17 | 02/12/17 | - | 02/18/17 | $ 634.70 | $ 74.67 | 8.50 | |
| 92 | 03/03/17 | 02/27/17 | - | 03/05/17 | $ 448.02 | $ 74.67 | 6.00 | |
| 93 | 03/04/17 | 02/26/17 | - | 03/04/17 | $ 448.02 | $ 74.67 | 6.00 | |
| 94 | 03/05/17 | 02/27/17 | - | 03/05/17 | $ 448.02 | $ 74.67 | 6.00 | |
| 95 | 03/11/17 | 03/05/17 | - | 03/11/17 | $ 560.03 | $ 74.67 | 7.50 | |
| 96 | 03/12/17 | 03/06/17 | - | 03/12/17 | $ 149.34 | $ 74.67 | 2.00 | |
| 97 | 03/18/17 | 03/12/17 | - | 03/18/17 | $ 410.69 | $ 74.67 | 5.50 | |
| 99 | 03/25/17 | 03/19/17 | - | 03/25/17 | $ 1,717.41 | $ 74.67 | 23.00 | |
| 100 | 03/31/17 | 03/26/17 | - | 03/31/17 | $ 933.38 | $ 74.67 | 12.50 | |
| 101 | 04/08/17 | 04/02/17 | - | 04/08/17 | $ 1,082.72 | $ 74.67 | 14.50 | |
| 103 | 04/22/17 | 04/09/17 | - | 04/15/17 | $ 1,232.06 | $ 74.67 | 16.50 | |
| 102 | 04/22/17 | 04/16/17 | - | 04/22/17 | $ 74.67 | $ 74.67 | 1.00 | |
| 104 | 05/01/17 | 04/23/17 | - | 04/29/17 | $ 336.02 | $ 74.67 | 4.50 | |
| 105 | 05/13/17 | 05/07/17 | - | 05/13/17 | $ 224.01 | $ 74.67 | 3.00 | |
| 106 | 06/09/17 | 05/29/17 | - | 06/04/17 | $ 746.70 | $ 74.67 | 10.00 | |
| 107 | 07/15/17 | 07/09/17 | - | 07/15/17 | $ 1,008.05 | $ 74.67 | 13.50 | |
| 108 | 07/22/17 | 07/06/17 | - | 07/22/17 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 170 | 07/22/17 | 07/16/17 | - | 07/22/17 | $ 1,269.39 | $ 74.67 | 17.00 | |
| 109 | 07/29/17 | 07/23/17 | - | 07/29/17 | $ 1,493.00 | $ 74.67 | 20.00 | |
| 110 | 08/05/17 | 07/30/17 | - | 08/05/17 | $ 1,568.07 | $ 74.67 | 21.00 | |
| 111 | 11/04/17 | 10/29/17 | - | 11/04/17 | $ 149.34 | $ 74.67 | 2.00 | |
| 112 | 11/11/17 | 11/05/17 | - | 11/11/17 | $ 373.35 | $ 74.67 | 5.00 | |
| | | | | Total 2017: | $ 19,934.25 | | | |
| 113 | 02/18/18 | 12/10/17 | - | 12/16/17 | $ 522.69 | $ 74.67 | 7.00 | |
| 114 | 08/24/18 | 07/09/18 | - | 07/15/18 | $ 112.01 | $ 74.67 | 1.50 | |
| | | | | Total 2018: | $ 634.70 | | | |
| | | | | TOTAL: | $ 87,139.42 | | | |

## Lintech Electric, Inc. Bank Statements

| Period Covered | Balance Start | Balance Finish | Business Classic Checking | | | | Business Select High Yield Savings | |
|---|---|---|---|---|---|---|---|---|
| | | | Deposits | Checks Paid | ATM & Debit Card Withdrawals | Electronic Withdrawals | Start | Finish |
| Jan-2014 | $ (423.46) | $ 292.52 | $ 25,250.00 | $ 19,396.25 | $ 2,887.77 | $ 2,142.00 | | |
| Feb-2014 | $ 292.52 | $ (1,252.26) | $ 10,584.00 | $ 8,611.57 | $ 2,243.21 | $ 750.00 | | |
| Mar-2014 | $ (1,252.26) | $ 4,711.78 | $ 26,293.11 | $ 8,686.96 | $ 1,981.11 | $ 700.00 | | |
| Apr-2014 | $ 4,711.78 | $ 10.90 | $ 12,045.00 | $ 5,301.26 | $ 5,002.32 | $ 6,078.00 | | |
| May-2014 | $ 10.90 | $ 34,933.87 | $ 34,933.87 | $ 32,995.53 | $ 976.87 | $ 6,232.30 | | |
| Jun-2014 | $ (1,708.38) | $ 1,341.72 | $ 40,353.75 | $ 28,047.13 | $ 5,269.63 | $ 2,142.00 | | |
| Jul-2014 | $ 1,341.72 | $ 24,196.39 | $ 44,612.41 | $ 13,931.15 | $ 4,669.59 | $ 3,936.14 | | |
| Aug-2014 | $ 24,196.39 | $ 7,153.39 | $ 41,607.69 | $ 18,228.17 | $ 9,461.29 | $ 30,382.83 | | |
| Sep-2014 | $ 7,153.39 | $ 5,845.88 | $ 59,000.00 | $ 35,144.40 | $ 20,792.31 | $ 3,904.00 | | |
| Oct-2014 | $ 5,845.88 | $ 526.65 | $ 88,557.24 | $ 66,223.76 | $ 10,327.57 | $ 13,237.14 | | |
| Nov-2014 | $ 526.65 | $ 13,971.68 | $ 62,237.30 | $ 29,052.02 | $ 14,209.90 | $ 5,530.35 | | |
| Dec-2014 | $ 13,971.68 | $ 10,918.77 | $ 55,772.51 | $ 41,680.63 | $ 17,062.19 | $ 35.00 | | |
| | | | $ 501,246.88 | $ 307,298.83 | $ 94,883.76 | $ 75,406.36 | | |
| Jan-2015 | $ 10,918.77 | $ 5,737.94 | $ 51,788.75 | $ 50,479.82 | $ 4,967.17 | $ 1,118.59 | $ 50.05 | $ 50.05 |
| Feb-2015 | $ 5,737.94 | $ 9,445.25 | $ 80,526.91 | $ 46,288.91 | $ 9,942.82 | $ 16,576.67 | $ 590.25 | $ 2,040.29 |
| Mar-2015 | $ 9,445.25 | $ 25,233.23 | $ 126,208.06 | $ 89,632.99 | $ 9,237.87 | $ 9,482.42 | $ 2,040.29 | $ 5,040.48 |
| Apr-2015 | $ 25,233.23 | $ (1,540.96) | $ 83,885.66 | $ 82,034.39 | $ 23,232.44 | $ 5,317.42 | $ 5,040.48 | $ 240.63 |
| May-2015 | $ (1,540.96) | $ 12,096.05 | $ 103,259.58 | $ 74,849.42 | $ 14,372.63 | $ 317.42 | $ 240.63 | $ 890.76 |
| Jun-2015 | $ 12,096.05 | $ 12,370.67 | $ 121,904.34 | $ 110,539.08 | $ 10,046.09 | $ 853.80 | $ 890.76 | $ 8,267.88 |
| Jul-2015 | $ 12,370.67 | $ 6,057.50 | $ 147,035.39 | $ 130,457.75 | $ 21,944.98 | $ 444.23 | $ 8,267.88 | $ 1,108.07 |
| Aug-2015 | $ 6,057.50 | $ 15,931.33 | $ 158,579.30 | $ 90,579.98 | $ 16,769.02 | $ 41,040.02 | $ 1,108.07 | $ 5,732.18 |
| Sep-2015 | $ 15,931.33 | $ 24,007.21 | $ 172,142.86 | $ 103,654.10 | $ 21,498.46 | $ 35,398.40 | $ 5,732.18 | $ 2,282.31 |
| Oct-2015 | $ 24,007.21 | $ 14,082.44 | $ 192,715.25 | $ 140,937.24 | $ 18,217.21 | $ 43,380.37 | $ 2,282.31 | $ 332.44 |
| Nov-2015 | $ 14,082.44 | $ 5,971.62 | $ 21,899.76 | $ 162,622.12 | $ 10,359.26 | $ 50,940.00 | $ 332.44 | $ 7,932.52 |
| Dec-2015 | $ 5,971.62 | $ 56,329.80 | $ 199,038.23 | $ 74,413.04 | $ 15,883.42 | $ 53,312.39 | $ 7,932.52 | $ 14,732.66 |
| | | | $ 1,458,984.09 | $ 1,156,488.84 | $ 176,471.39 | $ 258,181.73 | $ 14,732.66 | $ 5,832.90 |
| Jan-2016 | $ 56,329.80 | $ 8,479.09 | $ 77,023.66 | $ 39,773.12 | $ 15,476.38 | $ 65,612.87 | $ 5,832.90 | $ 5,951.54 |
| Feb-2016 | $ 8,479.09 | $ 28.76 | $ 110,452.38 | $ 79,591.77 | $ 12,533.98 | $ 26,130.16 | $ 5,951.54 | $ 5,551.63 |
| Mar-2016 | $ 28.76 | $ 5,340.16 | $ 149,036.00 | $ 101,210.17 | $ 10,972.51 | $ 31,388.72 | $ 5,551.63 | $ 1,151.70 |
| Apr-2016 | $ 5,340.16 | $ 2,340.68 | $ 159,118.79 | $ 99,498.33 | $ 6,140.49 | $ 56,436.65 | $ 1,151.70 | $ 1,316.73 |
| May-2016 | $ 2,340.68 | $ 8,044.00 | $ 122,817.89 | $ 92,873.44 | $ 8,771.18 | $ 15,400.35 | $ 1,316.73 | $ 1,316.76 |
| Jun-2016 | $ 8,044.00 | $ 9,881.58 | $ 161,151.33 | $ 99,134.33 | $ 8,373.06 | $ 51,720.36 | $ 1,316.76 | $ 366.79 |
| Jul-2016 | $ 9,881.58 | $ 34,521.19 | $ 155,011.83 | $ 91,127.04 | $ 9,549.85 | $ 29,680.13 | $ 366.79 | $ 1,366.81 |
| Aug-2016 | $ 34,521.19 | $ 731.64 | $ 163,772.47 | $ 70,340.34 | $ 14,526.25 | $ 112,583.63 | $ 1,366.81 | $ 5,063.01 |
| Sep-2016 | $ 731.64 | $ 4,108.14 | $ 114,078.23 | $ 81,630.14 | $ 13,205.81 | $ 15,766.78 | $ 5,063.01 | $ 584.86 |
| Oct-2016 | $ 4,108.14 | $ 1,295.96 | $ 168,130.65 | $ 64,352.33 | $ 22,554.51 | $ 84,028.29 | $ 584.86 | $ 35,045.90 |
| Nov-2016 | $ 1,295.96 | $ 6,566.13 | $ 110,486.07 | $ 76,388.59 | $ 14,557.09 | $ 14,264.62 | $ 35,045.90 | $ 3,131.77 |
| Dec-2016 | $ 6,566.13 | $ 30,227.59 | $ 112,380.39 | $ 68,302.48 | $ 4,185.95 | $ 16,230.50 | $ 3,131.77 | $ 2,621.90 |
| | | | $ 1,603,459.69 | $ 964,222.08 | $ 140,847.06 | $ 519,243.26 | | |

# Lintech Electric, Inc. Bank Statements

| Period Covered | Balance Start | Balance Finish | Business Classic Checking | | | | Business Select High Yield Savings | |
|---|---|---|---|---|---|---|---|---|
| | | | Deposits | Checks Paid | ATM & Debit Card Withdrawals | Electronic Withdrawals | Start | Finish |
| Jan-2017 | $ 30,227.59 | $ 6,309.35 | $ 105,508.19 | $ 92,553.86 | $ 10,530.65 | $ 26,317.82 | $ 2,621.90 | $ 2,721.97 |
| Feb-2017 | $ 6,309.35 | $ 13,562.79 | $ 102,074.70 | $ 42,723.33 | $ 11,208.44 | $ 40,889.49 | $ 2,721.97 | $ 5,816.71 |
| Mar-2017 | $ 13,562.79 | $ 17,595.14 | $ 140,138.25 | $ 44,079.12 | $ 7,232.07 | $ 84,776.31 | $ 5,816.71 | $ 1,303.67 |
| Apr-2017 | $ 17,595.14 | $ 29,962.24 | $ 161,031.66 | $ 89,153.08 | $ 1,997.41 | $ 56,514.07 | $ 1,303.67 | $ 2,618.45 |
| May-2017 | $ 29,962.24 | $ 39,477.96 | $ 218,882.45 | $ 112,033.59 | $ 5,535.28 | $ 91,747.86 | $ 2,618.45 | $ 4,718.53 |
| Jun-2017 | $ 39,477.96 | $ 28,683.18 | $ 136,859.15 | $ 113,456.38 | $ 4,782.22 | $ 29,339.33 | $ 4,718.53 | $ 2,253.33 |
| Jul-2017 | $ 28,683.18 | $ 10,974.73 | $ 183,158.67 | $ 138,730.57 | $ 6,602.28 | $ 55,490.07 | $ 2,253.33 | $ 3,253.39 |
| Aug-2017 | $ 10,974.73 | $ 154,998.20 | $ 343,981.97 | $ 125,014.46 | $ 5,964.85 | $ 68,913.19 | $ 3,253.39 | $ 1,115.05 |
| Sep-2017 | $ 154,998.20 | $ 3,723.64 | $ 148,992.38 | $ 166,678.52 | $ 4,258.76 | $ 129,284.46 | $ 1,115.05 | $ 2,977.58 |
| Oct-2017 | $ 3,723.64 | $ 72,943.76 | $ 236,892.27 | $ 101,816.59 | $ 5,064.08 | $ 60,531.48 | $ 2,977.58 | $ 3,070.35 |
| Nov-2017 | $ 72,943.76 | $ (5,315.19) | $ 144,756.43 | $ 143,863.85 | $ 5,413.91 | $ 73,591.62 | $ 3,070.35 | $ 266.77 |
| Dec-2017 | $ (5,315.19) | $ 23,525.24 | $ 186,930.20 | $ 86,584.84 | $ 4,959.94 | $ 66,526.19 | $ 266.77 | $ 5,766.89 |
| | | | $ 2,109,206.32 | $ 1,256,688.19 | $ 73,549.89 | $ 783,921.89 | | |
| Jan-2018 | $ 23,525.24 | $ 2,662.08 | $ 81,844.69 | $ 41,650.20 | $ 4,732.05 | $ 56,309.60 | $ 5,766.89 | $ 2,767.01 |
| Feb-2018 | $ 2,662.08 | $ 887.24 | $ 115,352.87 | $ 59,280.42 | $ 4,983.05 | $ 52,640.24 | $ 2,767.01 | $ 1,221.91 |
| Mar-2018 | $ 887.24 | $ 3,757.75 | $ 150,030.35 | $ 61,442.70 | $ 7,326.93 | $ 78,337.41 | $ 1,221.91 | $ 896.80 |
| Apr-2018 | $ 3,757.75 | $ 1,661.99 | $ 114,005.33 | $ 56,131.77 | $ 6,951.62 | $ 52,703.70 | $ 896.80 | $ 2,020.62 |
| May-2018 | $ 1,661.99 | $ 124,355.46 | $ 327,155.01 | $ 104,176.06 | $ 7,539.80 | $ 92,653.48 | $ 2,020.62 | $ 1,756.30 |
| Jun-2018 | $ 124,355.46 | $ 12,935.58 | $ 159,863.65 | $ 179,394.70 | $ 8,466.32 | $ 83,119.91 | $ 1,756.30 | $ 322.60 |
| Jul-2018 | $ 12,935.58 | $ 6,146.97 | $ 180,088.31 | $ 98,937.06 | $ 11,956.22 | $ 75,345.04 | $ 322.60 | $ 1,331.22 |
| Aug-2018 | $ 6,146.97 | $ 1,924.79 | $ 154,061.58 | $ 89,945.24 | $ 6,658.72 | $ 61,244.20 | $ 1,331.22 | $ 78.33 |
| Sep-2018 | $ 1,924.79 | $ (1,517.33) | $ 140,086.85 | $ 79,066.03 | $ 3,943.91 | $ 59,891.03 | $ 78.33 | $ 28.33 |
| Oct-2018 | $ (1,517.33) | $ 14,325.47 | $ 193,158.91 | $ 123,151.10 | $ 2,924.96 | $ 51,032.05 | $ 28.33 | $ 467.63 |
| Nov-2018 | $ 14,325.47 | $ (4,195.58) | $ 26,185.08 | $ 33,935.83 | $ 1,454.72 | $ 8,635.58 | $ 467.63 | $ 467.64 |
| Dec-2018 | $ (4,195.58) | $ 6,616.97 | $ 131,952.99 | $ 69,349.22 | $ 3,097.51 | $ 48,022.71 | $ 467.64 | $ 284.20 |
| | | | $ 1,773,785.62 | $ 996,460.33 | $ 70,035.81 | $ 719,934.95 | | |