JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 183.38

Account:

Check Number: 2390

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2390

DATE 01/20/2017

AMOUNT $183.38

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty-three 38/xx dollars

Note: Shelton Houses Ending 01/17/2016

AUTHORIZED SIGNATURE

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0515

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 182.38

Account:

Check Number: 2391

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2391

DATE 01/26/2017

AMOUNT $182.38

PAY TO THE ORDER OF: Gursewak Singh

One hundred + eighty two 38/xx dollars

AUTHORIZED SIGNATURE

Note: Shelton Hours w/ending 01/03/2016

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

ENDORSE HERE

© 2016 JPMorgan Chase & Co.

Defendants 0512

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 571.14

Account:

Check Number: 2392

© 2016 JPMorgan Chase & Co.

Defendants 0533

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 605.01

Account:

Check Number: 2393

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2393

DATE
AMOUNT $605.01

PAY TO THE ORDER OF: Gursewak Singh
Six hundred & five 01/100 dollars

AUTHORIZED SIGNATURE

Note: Johnson Hses - Bldg #4 w/e 01/13/2016

ENDORSE HERE
GS

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features — Results of document alteration

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0535

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 902.81

Account:

Check Number: 2395

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2395

DATE 01/20/17

AMOUNT $902.81

PAY TO THE ORDER OF Gursewak Singh

Nine hundred & two 81/100 dollars

Note: Johnson Blvd Bldg#9 - working color/

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 839.07

Account:

Check Number: 2396

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN NY 11226-5108

CHASE BANK, NA

2396

PAY TO THE ORDER OF: Gursewak Singh

DATE 01/26/2017

AMOUNT $839.07

Eight hundred & thirty-nine 07/100 dollars

note: Johnson House wiring 01/30/2016

AUTHORIZED SIGNATURE

The security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features | Results of document alteration |
|---|---|
| [illegible] | • [illegible] |
| Chemical Protection | • [illegible] |
| Chemical Erasure Protection | • [illegible] |
| Security Screen | • [illegible] |
| Hologram | • [illegible] |
| Artificial Watermark | • [illegible] |
| Fluorescent Fibers | • [illegible] |
| Colored Background | • [illegible] |

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

© 2016 JPMorgan Chase & Co.

Defendants 0543

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 1030.28

Account:

Check Number: 2397

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2397

DATE 01/26/2017

AMOUNT $1,030.28

PAY TO THE ORDER OF: Gursewak Singh

One thousand thirty 28/xx dollars

Nite, Johnson Ave w/ending 01/22/2017

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0549

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 839.07

Account:

Check Number: 2398

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK NA

2398

DATE 01/20/2017

AMOUNT $839.07

PAY TO THE ORDER OF: Gursevak Singh

Eight hundred & thirty-nine 07/xx dollars

Note: Johnson Casco wheeling Cablevision

AUTHORIZED SIGNATURE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

© 2016 JPMorgan Chase & Co.

Defendants 0544

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 839.07

Account:

Check Number: 2399

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2399

DATE [illegible] AMOUNT $839.07

PAY TO THE ORDER OF: Gurseerat Singh

Eight hundred thirty-nine 07/xx dollars

Note: Johnson [illegible] attending [illegible]

AUTHORIZED SIGNATURE

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0545

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 839.07

Account:

Check Number: 2400

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2400

DATE 01/26/2017

AMOUNT $839.07

PAY TO THE ORDER OF Gursewak Singh

Eight hundred & thirty-nine 07/xx dollars

Note: Johnson House wkending 01/02/2016

AUTHORIZED SIGNATURE

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 605.01

Account:

Check Number: 2401

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2401

DATE 01/20/2017

AMOUNT $605.01

PAY TO THE ORDER OF: Jarseerak Singh

Six hundred & five 01/xx dollars

AUTHORIZED SIGNATURE

Note: Johnson Ave Ohending 01/01/2016

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

* RESERVED FOR FINANCIAL INSTITUTION USE *

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0536

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 92.35

Account:

Check Number: 2403

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2391

DATE 01/26/2017

AMOUNT $182.35

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty two 35/xx dollars

Note: Shelton Houses weekending 01/03/2016

AUTHORIZED SIGNATURE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

ENDORSE HERE:

© 2016 JPMorgan Chase & Co.

Defendants 0561

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 92.35

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

2403

DATE 01/20/2017

AMOUNT $92.35

PAY TO THE ORDER OF: Gursewak Singh

Ninety -two 35/100 dollars

Note: Johnson Houses wkending 01/16/2016

AUTHORIZED SIGNATURE

Account:

Check Number: 2403

© 2016 JPMorgan Chase & Co.

Defendants 0563

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 92.35

Account:

Check Number: 2403

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK NA

2417

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty two 38/100 dollars

DATE 01/26/2017

AMOUNT $182.38

note: Johnson Houses Bldg #9 - extending ceiling

AUTHORIZED SIGNATURE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE:

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 92.35

Account:

Check Number: 2403

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2403

DATE 01/20/2017

AMOUNT $92.35

PAY TO THE ORDER OF: Gurse[illegible] Singh

Ninety-two [illegible] dollars

Note: Johnson [illegible] wkending 01/16/2016

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0509



JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 769.57

Account:

Check Number: 2404

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2404

DATE 01/26/2017

AMOUNT $769.57

PAY TO THE ORDER OF: Gursewak Singh

Seven hundred & Sixty-nine 57/100 dollars

Note: Johnson House sheeting 01/09/2017

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0541

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 369.39

Account:

Check Number: 2405

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2405

DATE 1/20/2017

AMOUNT $369.39

PAY TO THE ORDER OF: Gursewak Singh

Three hundred & Sixty-nine 39/xx dollars

Aldi Johnson Houses working 01/08/2016

AUTHORIZED SIGNATURE

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

© 2016 JPMorgan Chase & Co.

Defendants 0526

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 738.78

Account:

Check Number: 2406

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2406

DATE 01/26/2017

AMOUNT $738.78

PAY TO THE ORDER OF: Gursewak Singh

Seven hundred & thirty-eight 78/100 dollars

Note: Johnson Houses wkending 10/19/2015

AUTHORIZED SIGNATURE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

© 2016 JPMorgan Chase & Co.

Defendants 0540

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 726.91

Account:

Check Number: 2407

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2407

DATE 01/26/2017

AMOUNT $726.91

PAY TO THE ORDER OF: Gursewak Singh

Seven hundred & twenty-six 91/100 dollars

Note: Johnson Houses wirering 09/05/2016

AUTHORIZED SIGNATURE

ENDORSE HERE: GS

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0539

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 1326.35

Account:

Check Number: 2408

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-6108

2408

DATE 01/20/2017

AMOUNT $1,326.35

PAY TO THE ORDER OF: Gursewak Singh

One thousand three hundred & twenty-six 35/100 dollars

Note: Johnson Houses working 02/21/2016

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 287.27

Account:

Check Number: 2409

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA

2409

DATE 01/26/2017

AMOUNT $281.27

PAY TO THE ORDER OF: Gursewak Singh

Two Hundred + Eighty - Seven 27/100 dollars

Nikki Johnson houses wiring 01/26/2017

AUTHORIZED SIGNATURE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

ENDORSE HERE

© 2016 JPMorgan Chase & Co.

Defendants 0519

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 338.16

Account:

Check Number: 2410

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2410

DATE 01/20/2017

AMOUNT $338.16

PAY TO THE ORDER OF: Gursewak Singh

Three Hundred & thirty-eight 16/xx dollars

Note: Johnson Houses wkending 01/06/2016

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0523

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 725.94

Account:

Check Number: 2411

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2411

DATE 01/20/2017

AMOUNT $725.94

PAY TO THE ORDER OF: Gursewak Singh

Seven hundred twenty-five 94/100 dollars

memo: Sheephead - Pay thses ending 05/21/2016

AUTHORIZED SIGNATURE

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features: Results of document alteration:

[illegible]

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 605.00

Account:

Check Number: 2412

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2412

DATE 01/20/2017

AMOUNT $605.00

PAY TO THE ORDER OF: Gursewak Singh

Six hundred & five dollars

AUTHORIZED SIGNATURE

: Johnson Houses Bldg #9 wkending 1/22/2017

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 966.53

Account:

Check Number: 2413

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-6104

CHASE BANK, NA

2413

DATE 01/26/2017

AMOUNT $966.53

PAY TO THE ORDER OF: Gursewak Singh

Nine hundred Sixty-six 53/100 dollars

note: Johnson Houses Bldg #4 weekend ...

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 338.17

Account:

Check Number: 2414

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2414

DATE 01/20/2017

AMOUNT $338.17

PAY TO THE ORDER OF Gursewak Singh

Three hundred & thirty-eight 17/100 dollars

note: Johnson Houses Bldg #9 wiring violations

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0524

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 1051.51

Account:

Check Number: 2415

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK NA

2415

DATE 01/24/2017

AMOUNT $1,051.51

PAY TO THE ORDER OF: Gursewak Singh

One thousand & fifty-one 51/xx dollars

AUTHORIZED SIGNATURE

Note: Johnson Houses Bldg #4 extending w/o

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0550

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 261.29

Account:

Check Number: 2416

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2416

DATE 01/20/2017

AMOUNT $261.29

PAY TO THE ORDER OF Gursewak Singh

Two hundred & Sixty-one 29/100 dollars

MEMO: Johnson Houses Bldg #9 weekending 09/24/2016

AUTHORIZED SIGNATURE

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features: Results of document alteration: [illegible]

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

© 2016 JPMorgan Chase & Co.

Defendants 0518

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 182.38

Account:

Check Number: 2417

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA

2417

PAY TO THE ORDER OF: Gursewak Singh

One Hundred & eighty-two 38/100 dollars

DATE 01/20/2017

AMOUNT $ 182.38

note: Johnson Houses Bldg #9 - rewiring citirew

AUTHORIZED SIGNATURE

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
★ RESERVED FOR FINANCIAL INSTITUTION USE ★

© 2016 JPMorgan Chase & Co.

Defendants 0513

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 439.04

Account:

Check Number: 2418

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5105

CHASE BANK, NA

2418

DATE 1/20/2017

AMOUNT $439.04

PAY TO THE ORDER OF: Gursewak Singh

four hundred & thirty-nine 04/xx dollars

note: Johnson Houses Bdg #9 - weekending 09/10/2016

AUTHORIZED SIGNATURE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

© 2016 JPMorgan Chase & Co.

Defendants 0528

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 312.87

Account:

Check Number: 2419

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA

2419

DATE 01/20/2017

AMOUNT $312.87

PAY TO THE ORDER OF: Gursewak Singh

Three Hundred + twelve 87/100 dollars

note: Johnson Houses bldg #9 wkending 01/03/2017

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0521

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 539.10

Account:

Check Number: 2420

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA

2420

DATE 01/20/2017

AMOUNT $539.10

PAY TO THE ORDER OF: Gursewak Singh

Five Hundred & thirty-nine 10/xx dollars

note: Bushwick Houses ..ending 1/20/2016

AUTHORIZED SIGNATURE

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

© 2016 JPMorgan Chase & Co.

Defendants 0531

JPMORGAN CHASE & CO.

Post date: 01/26/2017

Amount: $ 539.10

Account:

Check Number: 2421

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, N.A.

2421

PAY TO THE ORDER OF: Gursewak Singh

DATE 01/20/2017

AMOUNT $539.10

Five Hundred & thirty-nine 10/100 dollars

note: Nostrand Houses working 11/16/2016

AUTHORIZED SIGNATURE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

© 2016 JPMorgan Chase & Co.