Minute Entry 88: Telephone Conference held on 9/22/2020 before Magistrate Judge Steven M. Gold. Silver for plaintiff, Mizrahi for defendants. Plaintiff will respond to defendants' discovery demands by October 5, 2020. Defendant will be deposed on October 12, 2020, and plaintiff will be deposed on October 21, 2020. Non-party Talico will be deposed by December 1, 2020, and discovery will close by December 15, 2020. THE PARTIES WILL SUBMIT A JOINT LETTER TO THE COURT BY DECEMBER 22, 2020, reporting on whether there is any additional discovery to complete, whether either party anticipates moving for summary judgment, and whether a referral to court-annexed mediation might be productive. If not, counsel shall propose a schedule for preparing a joint pretrial order. (FTR Log #12:15-12:46.) (Gillespie, Saudia) (Entered: 09/22/2020)