Minute Entry 92: Telephone Conference held on 10/29/2020 before Magistrate Judge Steven M. Gold. Silver for plaintiff, Mizrahi for defendants. All discovery is stayed pending a resolution of defendants' motion for sanctions, Docket 89. Defendants will either supplement their motion papers or indicate that they rest on those already submitted by November 12, 2020. Plaintiff will submit opposition by December 3, 2020. Defendants may submit a reply by December 14, 2020. The motion will then be fully submitted. (FTR Log #4:00-4:16.) (Gillespie, Saudia) (Entered: 10/29/2020)