*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

March 18, 2021

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re:** **Gursewak Singh v Lintech Electric Inc., et al**
             United States District Court EDNY 18 CV5780

Dear Judge Bloom:

      I am writing as the attorney for the plaintiff in the above entitled action to request that a document filed on March 12, 2021 as Doc 102-7, be withdrawn so that it can be refiled as a redacted document without the plaintiff's social security number.

      Please feel free to contact my office with any questions or concerns.

                                    Respectfully submitted,

                                    JONATHAN SILVER

JS/sa