**Jonathan Silver**
*Attorney at Law*

*of Counsel*
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

*Crossroad Tower*
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

May 6, 2021

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Gursewak Singh v Lintech Electric Inc., et al**
United States District Court EDNY 18 CV5780

Dear Magistrate Judge Bloom:

I am responding to the letter submitted by defendants' counsel seeking to adjourn the 5/19/21 conference.

Counsel did not contact this office before making that application in violation of the Order issued by Your Honor on May 5, 2021.

The stay of further discovery has remained in effect since October 29, 2020 (Docket#92) and it is respectfully requested that the conference proceed so that the Court can determine some 6 months later whether it makes sense to keep that stay in effect.

Respectfully submitted,

JONATHAN SILVER

JS/eb