FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ SEP 02 2021
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GURSEWAK SINGH,

        Plaintiff,

        -against-

LINTECH ELECTRIC, INC. and
LINDEN J. TUDOR,

        Defendants.
-------------------------------------------------------------- X

JUDGMENT
18-cv-05780-FB-LB

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 1, 2021, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated July 20, 2021, which recommended that defendants' motion for sanctions under Federal Rules of Civil Procedure 26(g)(3), 37(b), 37(c), 28 U.S.C. § 1927, and the Court's inherent powers should be granted in part and denied in part; that the motion should be granted imposing sanctions against plaintiff's counsel under Rule 26(g)(3) for his failure to conduct a reasonable inquiry regarding his certified responses to defendants' discovery requests; that defendants should be awarded reasonable attorney's fees and costs associated with their efforts to obtain plaintiff's compliance with their discovery demands, including the filing of the instant motion, and plaintiff's second deposition; that the motion for dismissal under Rule 37(b) and for sanctions under Rule 37(c), 28 U.S.C. § 1927 and the Court's inherent powers should be denied; that defendants' should be given the opportunity to file a fee application supported by billing records; and that the motion for sanctions against plaintiff personally should be denied; it is

ORDERED and ADJUDGED that defendants' motion for sanctions under Federal Rules of Civil Procedure 26(g)(3), 37(b), 37(c), 28 U.S.C. § 1927, and the Court's inherent powers is

granted in part and denied in part; that the motion should be granted imposing sanctions against plaintiff's counsel under Rule 26(g)(3) for his failure to conduct a reasonable inquiry regarding his certified responses to defendants' discovery requests; that Defendants are awarded reasonable attorney's fees and costs associated with their efforts to obtain plaintiff's compliance with their discovery demands, including the filing of the instant motion, and plaintiff's second deposition; that the motion for dismissal under Rule 37(b) and for sanctions under Rule 37(c), 28 U.S.C. § 1927 and the Court's inherent powers should be denied; that Defendants' should be given the opportunity to file a fee application supported by billing records; and that the motion for sanctions against plaintiff personally should be denied.

Dated: Brooklyn, NY
       September 2, 2021

Douglas C. Palmer
Clerk of Court

By: /s/Jalitza Poveda
     Deputy Clerk