UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GURSEWAK SINGH

                          Plaintiff,

                                                        Hon. Magistrate Judge Lois Bloom

          -against-

                                                        NOTICE OF MOTION
                                                        Case No.: 1:18-cv-05780

LINTECH ELECTRIC, INC.,
LINDEN J. TUDOR

                          Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated

October 8, 2021 together with the affirmation of Jonathan Silver Esq dated the 8th day of

October 2021 and the exhibits annexed thereto, plaintiff through his attorney Jonathan

Silver Esq. will move this Court, the Honorable Magistrate Judge Lois Bloom presiding,

for an order granting plaintiff leave to amend his complaint pursuant to Federal Rules of

Civil Procedure and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
          October 8, 2021                           Yours, etc.

                                                    JONATHAN SILVER, ESQ.
                                                    Attorney for Plaintiff
                                                    80-02 Kew Gardens Road
                                                    Kew Gardens, NY 11415
                                                    (718) 520-1010