# Checks received from Defendant including 33 checks dated 1/20/17

| Date of Check | Check Amount | Posted Amount | Check Number |
|---|---|---|---|
| 8/20/2016 | $711.78 | $711 | 2382 |
| 8/20/2016 | $137.32 | $137.32 | 2383 |
| 8/13/2016 | $839.04 | $839 | 2384 |
| 8/6/2016 | $514 | $514 | 2385 |
| 7/30/2016 | $235.22 | $235 | 2386 |
| 9/16/2016 | $312.87 | $312.87 | 2387 |
| 9/2/2016 | $1,136.28 | $1,136 | 2389 |
| 1/20/2017 | $183.38 | $183.38 | 2390 |
| 1/20/2017 | $182.38 | $182.38 | 2391 |
| 1/20/2017 | $571.14 | $571.14 | 2392 |
| 1/20/2017 | $605.01 | $605.01 | 2393 |
| 1/20/2017 | $1,115 | $1,115 | 2394 |
| 1/20/2017 | $902.81 | $902.81 | 2395 |
| 1/20/2017 | $889.07 | $889.07 | 2396 |
| 1/20/2017 | $1,030.28 | $1,030.28 | 2397 |
| 1/20/2017 | $839.07 | $839.07 | 2398 |
| 1/20/2017 | $839.07 | $839.07 | 2399 |
| 1/20/2017 | $839.07 | $839.07 | 2400 |
| 1/20/2017 | $605.01 | $605.01 | 2401 |
| 1/20/2017 | $344.80 | $344.80 | 2402 |
| 1/20/2017 | $92.35 | $92.35 | 2403 |
| 1/20/2017 | $769.57 | $769.57 | 2404 |
| 1/20/2017 | $369.39 | $369.39 | 2405 |
| 1/20/2017 | $738.78 | $738.78 | 2406 |
| 1/20/2017 | $726.91 | $726.91 | 2407 |
| 1/20/2017 | $1,326.35 | $1,326.35 | 2408 |
| 1/20/2017 | $287.27 | $287.27 | 2409 |
| 1/20/2017 | $338.16 | $338.16 | 2410 |
| 1/20/2017 | $725.94 | $725.94 | 2411 |
| 1/20/2017 | $605 | $605 | 2412 |
| 1/20/2017 | $966.53 | $966.53 | 2413 |

| Date of Check | Check Amount | Posted Amount | Check Number |
|---|---|---|---|
| 1/20/2017 | $338.17 | $338.17 | 2414 |
| 1/20/2017 | $1,051.51 | $1,051.51 | 2415 |
| 1/20/2017 | $261.29 | $261.29 | 2416 |
| 1/20/2017 | $182.38 | $182.38 | 2417 |
| 1/20/2017 | $439.04 | $439.04 | 2418 |
| 1/20/2017 | $312.87 | $312.87 | 2419 |
| 1/20/2017 | $539.10 | $539.10 | 2420 |
| 1/20/2017 | $539.10 | $539.10 | 2421 |
| 2/4/2016 | $123.13 | $123.13 | 2426 |
| 11/24/2016 | $182.38 | $182.38 | 2437 |
| 12/31/2016 | $153.97 | $153 | 2438 |
| 12/24/2016 | $261.29 | $261 | 2439 |
| 11/19/2016 | $514.08 | $514 | 2440 |
| 11/12/2016 | $439.04 | $439 | 2441 |
| 12/25/2016 | $338.17 | $338 | 2442 |
| 1/22/2017 | $387.40 | $387.40 | 2594 |
| 2/4/2016 | $246.26 | $246.26 | 2428 |
| 2/4/2016 | $307.83 | $307.83 | 2425 |
| 2/4/2016 | $369.39 | $369.39 | 2424 |
| 2/4/2016 | $646.44 | $646.44 | 2422 |
| 2/4/2016 | $1,816.18 | $1,018.18 | 2419 |
| 2/4/2016 | $1,077.40 | $1,077.40 | 2421 |
| **TOTAL** | **$ 30,305.27** | **$ 29,504.40** | |

33 checks dated 1/20/2017= $19,555.80

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 711.00 | Check Number: | 2382 |



© 2016 JPMorgan Chase & Co.

Defendants 0537

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 137.32 | | Check Number: | 2383 |



© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 839.00 | Check Number: | 2384 |

LINTECH ELECTRIC INC.
3366 TILDEN AVE
BROOKLYN, NY 11226-5188

CHASE BANK NA
63-2074

2384

PAY TO THE ORDER OF: Crossroads Sign

Eight Hundred and Thirty-nine _____ Dollars

DATE 5/17/16   AMOUNT $839.00

MEMO: Johnson Houses Bldg #9

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0542

JPMORGAN CHASE & CO.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 514.00 |

Account:

Check Number:     2385



© 2016 JPMorgan Chase & Co.

Defendants 0529

22

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 235.00 | | Check Number: | 2386 |

JPMORGAN CHASE & CO.

Post date:      01/26/2017
Amount:         $ 312.87

Account:
Check Number:      2387

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE Bank, NA
63-5212

2387

DATE 8/16/2016

AMOUNT $

PAY
TO THE
ORDER
OF:

Gurusewak Singh

Three Hundred and Twelve ——————— dollars

Memo: Johnson H. ..... a.s.t. #9 wednesday 7/7/2016

© 2016 JPMorgan Chase & Co.

Defendants 0520

13

JPMORGAN CHASE & CO.

Post date:      01/26/2017

Amount:       $ 1136.00

Account:

Check Number:        2389



© 2016 JPMorgan Chase & Co.

Defendants 0552

JPMORGAN CHASE & CO.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 183.38 |

| | |
|---|---|
| Account: | |
| Check Number: | 2390 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5158

2390

DATE 01/26/2017
AMOUNT $183.38

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty-three 38/100 dollars

Note: Shelton Houses attending 01/17/2016

AUTHORIZED SIGNATURE

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 182.38 | Check Number: | 2391 |

LINTECH ELECTRIC INC.
3206 TILDEN AVE.
BROOKLYN, NY 11226-5108

2391

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty two 38/xx dollars

DATE: 01/26/2017

AMOUNT: $182.38

Note: Shelton Electric attendance refundable

AUTHORIZED SIGNATURE

Defendants 0512

JPMorgan Chase & Co.

Post date:       01/26/2017

Amount:          $ 571.14

Account:

Check Number:       2392



© 2016 JPMorgan Chase & Co.

Defendants 0533

26

**JPMorgan Chase & Co.**

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 605.01 |

| | |
|---|---|
| Account: | |
| Check Number: | 2393 |

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN, NY 11226-5408

CHASE BANK, NA
63-3792

2393

PAY TO THE ORDER OF: Gurswant Singh

DATE: 01/24/2017

AMOUNT $605.01

Six hundred & nine 9⁄100 dollars

AUTHORIZED SIGNATURE

Note: Johnson Hses-Bldg #4 recondion install/sales

© 2016 JPMorgan Chase & Co.

Defendants 0535

JPMORGAN CHASE & CO.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 1115.00 |

| | |
|---|---|
| Account: | |
| Check Number: | 2394 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
53-5010

2394

PAY TO THE ORDER OF: Gursewak Singh

One thousand one hundred & fifteen dollars

DATE 01/26/2017

AMOUNT $1,115.00

Note: Johnson dies Bldg #9 — standing ceil/duct

© 2016 JPMorgan Chase & Co.

Defendants 0551

JPMORGAN CHASE & CO.

Post date:      01/26/2017                    Account:
Amount:         $ 902.81                      Check Number:       2395

LINTECH ELECTRIC INC.                                                    2395
3006 TILDEN AVE.
BROOKLYN, NY 11226-3106                    CHASE BANK, NA
                                           52-2/210

PAY
TO THE     Gursewark Singh                              DATE          AMOUNT
ORDER      Nine hundred 4 two 81/x dollars             01/26/2017     $902.81
OF

Mr. Johnson Wei P/g89 rebonding Carol, ben.

Defendants 0547

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
| Amount: | $ 839.07 | | Check Number: | 2396 |

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
ES-0792

2396

PAY
TO THE
ORDER
OF:

Gurseerak Singh

Eight hundred & thirty-nine 07/100 dollars

DATE:
01/26/2017

AMOUNT
$ 839.07

note: Johnson Clause inhenting coidejiaels

© 2016 JPMorgan Chase & Co.

Defendants 0543

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 1030.28 | | Check Number: | 2397 |

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA
63-2/210

2397

PAY
TO THE
ORDER
OF  Guoaevcak Singh
One thousand thirty 28/xx dollars

DATE  01/06/2017

AMOUNT  $1,030.28

AUTHORIZED SIGNATURE

M/k Johnson Bros wheeling charjaces

© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

Post date:      01/26/2017
Amount:        $ 839.07

Account:
Check Number:        2398

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
63-2202

2398

PAY TO THE ORDER OF:   Gursewak Singh

Eight hundred & thirty-nine 9⁄x dollars

DATE   01/26/2017

AMOUNT   $839.07

Note: Johnson Ceramic interesting Co. 1/26/17

© 2016 JPMorgan Chase & Co.

Defendants 0544

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 839.07 | Check Number: | 2399 |

LINTECH ELECTRIC INC.
3306 TILDEN AVE.
BROOKLYN, NY 11226-4108

CHASE BANK, NA
43-2013

2399

PAY TO THE ORDER OF: Gursewak Singh

Eight hundred thirty-nine 07/x dollars

DATE 01/30/2011   AMOUNT $839.07

Note: Johnson Bles blinding 01/06/2016

Defendants 0545

J.P.MORGAN CHASE & CO.

Post date:      01/26/2017                    Account:
Amount:         $ 839.07                      Check Number:        2400

JPMORGAN CHASE & CO.

Post date:     01/26/2017
Amount:        $ 605.01

Account:
Check Number:          2401



LINTECH ELECTRIC INC.
5006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
52-2519

2401

PAY
TO THE
ORDER
OF:      Jarsewak Singh
         Six hundred & five 01/100 dollars

DATE   01/26/2017

AMOUNT   $ 605.01

Nate Johnson fees attending expenses

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | Account: | |
|---|---|---|---|
| Amount: | $ 344.80 | Check Number: | 2402 |



© 2016 JPMorgan Chase & Co.

Defendants 0525

JPMorgan Chase & Co.

Post date:        01/26/2017                    Account:
Amount:           $ 92.35                        Check Number:        2403

LINTECH ELECTRIC INC.                                                          2403
3088 TILDEN AVE.
BROOKLYN, NY 11226-5106                    CHASE BANK, NA
                                           63-9310

PAY
TO THE     Gursewak Singh                      DATE              AMOUNT
ORDER                                          01/01/2017        $92.35
OF:        Ninety-two 35/100 dollars

Note: Johnson Ceaser underdine oilblooms

© 2016 JPMorgan Chase & Co.

Defendants 0509

**JPMORGAN CHASE & CO.**

Post date: 01/26/2017

Amount: $ 92.35

Account: _____

Check Number: 2403

LINTECH ELECTRIC INC.
3095 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2403

PAY TO THE ORDER OF: Gursewak Singh

Ninety -Two 35 dollars

Mfg: Johnson Screw wkending all bloom

© 2016 JPMorgan Chase & Co.

Defendants 0563

JPMorgan Chase & Co.

Post date:        01/26/2017
Amount:          $ 769.57

Account:
Check Number:        2404

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5186

CHASE BANK, NA
03-2010

2404

PAY
TO THE
ORDER
OF    Gursewak Singh
      Seven hundred & Sixty-nine 57/100 dollars

DATE  01/05/2017

AMOUNT  $769.57

Nisi Johnson Ulusew advancing 01/03/2016

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

© 2016 JPMorgan Chase & Co.

Defendants 0541

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | Account: | |
|---|---|---|---|
| Amount: | $ 369.39 | Check Number: | 2405 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
43-2073

2405

PAY
TO THE
ORDER
OF    Gursewak Singh

Three hundred & Sixty-nine 39/100 dollas

nick Schwan Houses unsording 01/03/2016

DATE  01/03/2017

AMOUNT  $ 369.39

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0526

JPMorgan Chase & Co.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 738.78 |

| | |
|---|---|
| Account: | |
| Check Number: | 2406 |

LINTECH ELECTRIC INC.
2906 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA.
13-2019

2406

PAY
TO THE
ORDER
OF    Gursewak Singh

Seven hundred & thirty-eight 78/100 dollars

DATE    UPDATE311

AMOUNT    $ 738·78

Note: Johnson House + landing 10/19/2015

FEDERAL RESERVE BANK OF GOVERNORS REV. G

© 2016 JPMorgan Chase & Co.

Defendants 0540

33

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
| Amount: | $ 726.91 | | Check Number: | 2407 |

LINTECH ELECTRIC INC.
3000 TILDEN AVE.
BROOKLYN, NY 11226-5106

2407

PAY TO THE ORDER OF: Gursewak Singh

Seven hundred & twenty-six 91/100 dollars

DATE 01/20/2017    AMOUNT $726.91

Memo: Johnson Houses remodeling labor/labr

© 2016 JPMorgan Chase & Co.

Defendants 0539

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
| Amount: | $ 1326.35 | | Check Number: | 2408 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-0708

CHASE BANK, NA
63-2810

2408

DATE 01/20/2017

AMOUNT $1,326.35

PAY TO THE ORDER OF: Gursevaak Singh

One Thousand three hundred & twenty-six 35 dollars

REF: Johnson houses watering 01/21/2016

Defendants 0553

**JPMORGAN CHASE & CO.**

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 287.27 | Check Number: | 2409 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK NA
53-270

2409

PAY TO THE ORDER OF: Gurseerak Singh

Two Hundred & Eighty - Seven 27⁄100 dollars

DATE 01/26/2017   AMOUNT $287.27

Nila Johnson storm windwo rufurbance

© 2016 JPMorgan Chase & Co.

# JPMORGAN CHASE & CO.

Post date:        01/26/2017

Amount:          $ 338.16

Account:

Check Number:          2410



LINTECH ELECTRIC INC.
3008 YADEN AVE.
BROOKLYN, NY 11229-6168

CHASE BANK, N.A.
65-8319

2410

PAY TO THE ORDER OF: Guseerat Singh

Three hundred & thirty-eight six dollars

Note: Johnson house wkending 01/06/2016

© 2016 JPMorgan Chase & Co.

Defendants 0523

16

JPMorgan Chase & Co.

Post date:      01/26/2017
Amount:         $ 725.94

Account:
Check Number:      2411



© 2016 JPMorgan Chase & Co.

Defendants 0538

31

JPMorgan Chase & Co.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 605.00 | Check Number: | 2412 |

LINTECH ELECTRIC INC.
3088 TILDEN AVE.
BROOKLYN, NY 11226-5159

CHASE BANK, NA
63-2392

2412

PAY TO THE ORDER OF: Gursewak Singh

Six hundred & five dollars

DATE 01/20/2017

AMOUNT $605.00

#52 Johnson Houses Bldg #9 working 1/20/2016

© 2016 JPMorgan Chase & Co.

Defendants 0534

JPMORGAN CHASE & CO.

Post date:     01/26/2017
Amount:        $ 966.53

Account:
Check Number:          2413

---

LINTECH ELECTRIC INC.
3506 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA
43-5516

2413

PAY
TO THE
ORDER
OF:    *Gursewak Singh*
       *Nine hundred Sixty-six ⁸⁵/₁₀₀ dollars*

DATE   *01/26/2017*
AMOUNT   *$966.53*

note: *Johnson houses 1810 it is weekending installment*

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0548

41

JPMorgan Chase & Co.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 338.17 | Check Number: | 2414 |

LINTECH ELECTRIC INC.
3906 TILDEN AVE.
BROOKLYN, NY 11226-5105

CHASE BANK NA
68-221/0

2414

PAY TO THE ORDER OF   Gurusewak Singh

Three hundred & thirty-eight & dollars

DATE   01/20/2017

AMOUNT   $338.17

note: Johnson theavis Bldg #9 wheeling 01/18/2016

Defendants 0524

17

**JPMORGAN CHASE & CO.**

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 1051.51 | Check Number: | 2415 |



© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date:     01/26/2017

Amount:        $ 261.29

Account:

Check Number:        2416

LINTECH ELECTRIC INC.
3000 TILDEN AVE.
BROOKLYN, NY 11226-6108

2416

DATE
01/26/2017

AMOUNT
$261.29

PAY
TO THE
ORDER
OF:

Gurswak Singh
Two hundred & sixty-one 29x dollars

note: School time Otto to valuation violations

© 2016 JPMorgan Chase & Co.

Defendants 0518

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 182.38 | Check Number: | 2417 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE
BROOKLYN, NY 11226-6106

CHASE BANK NA
43-6119

2417

PAY TO THE ORDER OF: Gursewak Singh

One hundred & eighty two 38 dollars

DATE 01/26/2017    AMOUNT $ 182.38

note: Johnson Houses Bldg #9...counting...

© 2016 JPMorgan Chase & Co.

Defendants 0513

JPMorgan Chase & Co.

Post date:     01/26/2017
Amount:        $ 439.04

Account:
Check Number:     2418

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK NA
13-1010

2418

PAY
TO THE
ORDER
OF:      Gursewak Singh

DATE
1/26/2017

AMOUNT
$439.04

four hundred & thirty-nine & dollars

note: Edison Nurses Bldg #9 according to project

© 2016 JPMorgan Chase & Co.

Defendants 0528

JPMorgan Chase & Co.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 312.87 |

| | |
|---|---|
| Account: | |
| Check Number: | 2419 |

LINTECH ELECTRIC INC.
3056 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA

2419

PAY TO THE ORDER OF: Gursewak Singh

Three Hundred a twelve 87⁄100 dollars

DATE 01/20/2017

AMOUNT $312.87

Note Johnson Towers vida wire nstantin repairs

© 2016 JPMorgan Chase & Co.

Defendants 0521

14.

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
| Amount: | $ 539.10 | | Check Number: | 2420 |



LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK, NA
63-2752

2420

PAY
TO THE
ORDER
OF: Gursewak Singh

Five Hundred & thirty-nine 8/x dollars

AMOUNT
$539.10

note: Bushwick Houses retaining 11/30/2016

© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

| Post date: | 01/26/2017 | | Account: | : |
|---|---|---|---|---|
| Amount: | $ 539.10 | | Check Number: | 2421 |

LINTECH ELECTRIC INC.
3906 TILDEN AVE.
BROOKLYN, NY 11226-3106

CHASE BANK, NA
65-2016

2421

PAY TO THE ORDER OF:  Gursewak Singh

Five hundred & thirty-nine 10/100 dollars

DATE 01/26/2017

AMOUNT $539.10

note: National Houses wkending nloslzo16

Defendants 0532

JPMorgan Chase & Co.

Post date:          02/05/2016

Amount:          $ 123.13

Account:

Check Number:          2426

LINTECH ELECTRIC INC.   00-09
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108

2426

Date 2/4/16

Pay to the order of  Gursewak Singh     | $ 123. 13/00

One Hundred and twenty three _____ 13/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

For JEFFERSON Houses 9/57

Defendants 0567

© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

Post date:        01/26/2017

Amount:          $ 182.38

Account:

Check Number:          2437



LINTECH ELECTRIC INC.
3006 78 DRN AVE.
BROOKLYN, NY 11226-6108

2437

DATE _____   AMOUNT _____

PAY
TO THE
ORDER
OF:

Dollars

Memo:

© 2016 JPMorgan Chase & Co.

Defendants 0514

JPMorgan Chase & Co.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 153.00 |

| | |
|---|---|
| Account: | |
| Check Number: | 2438 |



© 2016 JPMorgan Chase & Co.

Defendants 0511

4

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 261.00 | Check Number: | 2439 |



© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

Post date:      01/26/2017

Amount:         $ 514.00

Account:

Check Number:       2440

---

LINTECH ELECTRIC INC.
3005 TILDEN AVE.
BROOKLYN, NY 11226-5106

CHASE BANK NA
63-2707

2440

DATE 1/16/2016

PAY TO THE ORDER OF: Hurse[n]ath Singh

Five Hundred and fourteen                    Dollars

memo  Johnson Houses Building #7500 work only 4 floors

© 2016 JPMorgan Chase & Co.

Defendants 0530

JPMorgan Chase & Co.

| | | Account: | |
|---|---|---|---|
| Post date: | 01/26/2017 | | |
| Amount: | $ 439.00 | Check Number: | 2441 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
49-2/210

2441

DATE 11/12/2016   AMOUNT $439

PAY TO THE ORDER OF: _Gursewak Singh_

_Four Hundred and Thirty-nine_ ————————— Dollars

Memo: _Johnson Houses building #12 in exchange 11/12/2016_

© 2016 JPMorgan Chase & Co.

Defendants 0527

20

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 338.00 | Check Number: | 2442 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
55-1099

2442

PAY TO THE ORDER OF _Gurcharib Singh_

_Three hundred and thirty-eight_ _Dollars_

DATE _12/25/2016_   AMOUNT $338.[?]

Memo _Patterson house - class #6 mecondiry electr..._

Defendants 0522

15

JPMORGAN CHASE & CO.

Post date:      03/21/2017
Amount:         $ 387.40

Account:
Check Number:        2594





© 2016 JPMorgan Chase & Co.

Defendants 0565

2

JPMORGAN CHASE & CO.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 851385757 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | Account: | |
|---|---|---|---|
| Amount: | $ 92.35 | Check Number: | 2403 |

LINTECH ELECTRIC INC.
3006 TILDEN AVE.
BROOKLYN, NY 11226-3108

2437

CHASE BANK NA
69-2500

DATE 11/24/2016   AMOUNT $ 102.35

PAY TO THE ORDER OF   Steven M. Smith

One Hundred and eighty two ————————————— Dollars

Memo: Isaac house week of 4/16 - 4/24/16

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0557

1

JPMORGAN CHASE & CO.

| | | | |
|---|---|---|---|
| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 92.35 | Check Number: | 2403 |

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-5108

CHASE BANK, NA
63-3/210

2438

DATE 12/21/2016   AMOUNT 153.98

PAY
TO THE
ORDER
OF: _Duraewala Singh_

_One Hundred and Fifty three_

Memo: _Johnson Houses Bldg #25, @ week ending 11/25 - 12/31/2016_

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0555

1

# JPMORGAN CHASE & CO.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 851385757 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

Defendants 0558
1

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | Account: | |
| Amount: | $ 137.32 | Check Number: | 2383 |

LINTECH ELECTRIC INC. 09-09
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108
2427
2/4/16

Pay to the Order of GURSEWAK SINGH | $ 215.48
Two hundred and fifteen _____ 48/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

For JEFFERSON Homes 9/20

---

| Post date: | 02/05/2016 | Account: | |
| Amount: | $ 246.26 | Check Number: | 2428 |

LINTECH ELECTRIC INC. 09-09
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108
2428
2/4/16

Pay to the Order of AMANDEEP SINGH | $ 246.26
Two hundred and Forty Six _____ 26/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

For JEFFERSON Homes 9/13

---

| Post date: | 02/05/2016 | Account: | |
| Amount: | $ 307.83 | Check Number: | 2425 |

LINTECH ELECTRIC INC. 09-09
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108
2425
2/4/16

Pay to the Order of GURSEWAK SINGH | $ 307.83
Three hundred and Seven _____ 83/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

For GOWDNUS Homes 10/24

---

| Post date: | 02/05/2016 | Account: | |
| Amount: | $ 369.39 | Check Number: | 2424 |

LINTECH ELECTRIC INC. 09-09
3005 TILDEN AVE.
BROOKLYN, NY 11226-5108
2424
2/4/16

Pay to the Order of GURSEWAK SINGH | $ 369.39
Three hundred and Sixty Nine _____ 39/100 Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

For JEFFERSON Homes 10/11

---

© 2016 JPMorgan Chase & Co.

Defendants 0568

3

JPMORGAN CHASE & CO.

| Post date: | 01/26/2017 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 153.00 | | Check Number: | 2438 |

LINTECH ELECTRIC INC. 09-09
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108                    2429

2/4/16

Pay to the order of GURSEWAK SINGH          $ 319. 39

Three hundred and Sixty Nine          39 Dollars

CHASE ❖
JPMorgan Chase Bank, N.A.

for JEFFERSON House 9/6

| Post date: | 02/05/2016 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 646.44 | | Check Number: | 2422 |

LINTECH ELECTRIC INC. 09-09
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108                    2422

2/4/16

Pay to the order of GURSEWAK SINGH          $ 646. 44

Six hundred and Forty Six          44 Dollars

CHASE ❖
JPMorgan Chase Bank, N.A.
www.Chase.com

for Johnson House 11/21

| Post date: | 02/05/2016 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 1018.18 | | Check Number: | 2419 |

LINTECH ELECTRIC INC. 09-09
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108                    2419

2/7/16

Pay to the order of GURSEWAK SINGH          $ 1,816. 18

One Thousand Eighteen dollars          Dollars

CHASE ❖
JPMorgan Chase Bank, N.A.
www.Chase.com

for Johnson House

| Post date: | 02/05/2016 | | Account: | |
|---|---|---|---|---|
| Amount: | $ 1077.40 | | Check Number: | 2421 |

LINTECH ELECTRIC INC. 09-09
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108                    2421

2/4/16

Pay to the order of GURSEWAK SINGH          $ 1077. 40

One Thousand and Seventy Seven          40 Dollars

CHASE ❖
JPMorgan Chase Bank, N.A.

for Johnson House 11/28

© 2016 JPMorgan Chase & Co.

Defendants 0569

JPMorgan Chase & Co.

Post date:        01/26/2017

Amount:           $ 182.38                              Account:

                                                        Check Number:        2391

LINTECH ELECTRIC INC.  08-09                                           2420
3006 TILDEN AVE.
BROOKLYN, NY 11226-5108
                                        2/4/16
                                        Date

Pay to the Order of — GURSEWAK SINGH        | $ 1,385.23

One Thousand Three Hundred and Eighty Five        23

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

for Johnson House 12/5

© 2016 JPMorgan Chase & Co.

JPMORGAN CHASE & CO.

Post date:   01/26/2017
Amount:   $ 92.35

Account:
Check Number:   2403

LINTECH ELECTRIC INC.
3008 TILDEN AVE.
BROOKLYN, NY 11226-0108

CHASE BANK, NA
43-221C

2417

PAY
TO THE
ORDER
OF:   Gursewak Singh

One hundred & eighty-two 35/100 dollars

DATE   01/26/2017

AMOUNT   $ 182.35

Note: Johnson Houses Bldg #9 -- standing coin 2016

© 2016 JPMorgan Chase & Co.

Defendants 0559

1

JPMORGAN CHASE & CO.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 851385757 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

© 2016 JPMorgan Chase & Co.

JP MORGAN CHASE & CO.

| | |
|---|---|
| Post date: | 01/26/2017 |
| Amount: | $ 92.35 |

| | |
|---|---|
| Account: | |
| Check Number: | 2403 |

LINTECH ELECTRIC INC.
3066 TILDEN AVE.
BROOKLYN, NY 11226-6108

CHASE Bank, NA
93-33/01

2391

PAY TO THE ORDER OF: Gursewak Singh

One hundred + eighty two 35/100 dollars

DATE 01/26/2017

AMOUNT $182.35

Note: Shelton Houses attending introducion

AUTHORIZED SIGNATURE

© 2016 JPMorgan Chase & Co.

Defendants 0561

1

# JPMorgan Chase & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

| | |
|---|---|
| **Checks displayed:** | 1 |
| **Account number:** | 851385757 |
| **Date range:** | |
| **Check number(s):** | |
| **Amount:** | |

© 2016 JPMorgan Chase & Co.