**ATTACHMENT I**

# ORIGINAL

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ------------------------------------------X
   GURSEWAK SINGH,
4

5                                       PLAINTIFF,

6           -against-              Case No:
                                   18-CV-5780
7

8  LINTECH ELECTRIC, INC.; LINDEN J. TUDOR,

9                                       DEFENDANTS.
   ------------------------------------------X
10          DATE:  September 23, 2019

11          TIME:  10:45 a.m.

12

13          DEPOSITION of the Defendant,

14  LINDEN J. TUDOR, taken by the Plaintiff,

15  pursuant to a Court Order and to the

16  Federal Rules of Civil Procedure, held at

17  the offices of Diamond Reporting & Legal

18  Video, 16 Court Street, Suite 907, Brooklyn,

19  New York 11241, before Tina M. Haywood, a

20  Notary Public of the State of New York.

21

22

23

24

25

DIAMOND REPORTING   (877) 624-3287    info@diamondreporting.com

1

```
 1                          TUDOR
 2     tax returns anywhere?
 3            A.     Yes.
 4            Q.     Are those in the storage area?
 5            A.     No.
 6            Q.     Where do you have those?
 7            A.     In my file cabinet.
 8            Q.     And where is that?
 9            A.     In my office.
10            Q.     You have all those records
11     going back to when?
12            A.     What year are you talking
13     about?
14            Q.     The last ten years.
15            A.     I should have them.
16            Q.     You have them all?
17            A.     Yes.
18            Q.     What was the gross income of
19     the business in 2018?
20            A.     Maybe 1.2 million or something.
21            Q.     And how about 2017?
22            A.     A little better, not much --
23     actually, it was real bad the last year and
24     a half because I was in hospital for an
25     extended period.
```

```
 1                      TUDOR
 2        Q.     What would you estimate it to
 3   be in 2017?  About the same?
 4        A.     About the same.
 5        Q.     And 2016; about the same?
 6        A.     Yes.  They vary between 1.2 to
 7   1.7; somewhere in between that.
 8        Q.     As part of this lawsuit, you
 9   were asked questions and through your
10   lawyer, you gave me answers and one of the
11   questions I asked was "identify any
12   witnesses you know who will be called at
13   the time of trial who has information about
14   what Mr. Gursewak Singh did and his work
15   schedule and other information."  You
16   identified someone by the name of Dion and
17   in quotes Doe.  Who is that?
18        A.     Dion is a consultant.
19        Q.     And what do you mean
20   "consultant"?
21        A.     He reviewed my paperwork.
22        Q.     What paperwork?
23        A.     Things like -- he reviewed the
24   contracts, the accounting.
25        Q.     What's his background?
```