*Jonathan Silver*
*Attorney at Law*

of Counsel
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718)520-1010*
*Fax No. (718)575-9842*
*juanplata@aol.com*

April 6, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Gursewak Singh v Lintech Electric Inc., et al**
United States District Court EDNY 18 CV5780

Dear Hon. Magistrate Judge Bloom:

      I am submitting this letter to respond to the letter from opposing counsel filed yesterday concerning payment of the sums directed.

      Defendants' counsel wishes to compel this office to make payment of the sums Your Honor stated even though there are Objections filed that, when determined, may effect how much is actually to be paid. It is respectfully requested that the Court grant the separate motion made today under FRCP Rule 60 so that payment be made timely when a final determination is made about how much is to be paid.

      As to the payment itself, it is the defendants not their attorney who gets paid. There has been no assignment of that payment by defendants to their attorney. Nor can there be one.

      Payments made are subject to tax reporting requirements and that requires a

1099 be issued by this office to report the payments made to the defendants. The payment is to the defendants for their attorneys fees. That is why it was requested from counsel that the defendants provide an executed W9 statement so that this office has the necessary information to prepare and file a 1099 as required.

I might add, as the Court will recall, documents were exchanged by defendants just prior to the settlement conference held on January 6, 2022 consisting of statements from taxing authorities. Although it was claimed those documents were subject to limited use under FRE 408, still it has provided this office notice of the issues raised by those documents and this office does not want to get involved in any action that the taxing authorities will consider improper or lead to or assist what they may consider an attempt at avoidance of tax obligations.

These issues were raised by counsel when demand was first being made to receive payment, not at the last minute.

But, I do agree with counsel that it is unfortunate that these issues could not be resolved by the parties themselves.

Respectfully submitted,

JONATHAN SILVER ESQ.

JS/sa