*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

April 6, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Gursewak Singh v Lintech Electric Inc., et al</u>**
United States District Court EDNY 18 CV5780

Dear Magistrate Judge Bloom:

I am making this motion pursuant to Your Rules to seek relief under FRCP Rule 60 from the directive contained in your Honor's Report and Recommendation that stated:

> Plaintiff's counsel shall pay defendants this amount within thirty days of this Report and file proof of payment on the docket.

As the Court is aware, this office filed timely Objections to the sums recommended to be paid and that issue is now before Judge Frederic Block. We await his determination of that issue, among others.

FRCP Rule 60 provides that the Court may direct corrections to an Order issued based on clerical mistakes, oversights and omissions or "...any other reason that

justifies relief."

Since the Objections filed by the undersigned seek a reduction in the sums to be paid and that is what Judge Block may ultimately may do, I respectfully ask that the Court direct payment to be made timely following the determination made of the Objections filed.

This way, counsel will avoid a situation of overpayment being made and the undersigned having to engage in seeking a refund.

I do agree with counsel that it is unfortunate that this issue could not be handled by counsel alone without court intervention.

Respectfully submitted,

JONATHAN SILVER ESQ.

JS/sa