*Jonathan Silver*
Attorney at Law

—

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

Crossroad Tower
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

July 11, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Gursewak Singh v Lintech Electric Inc., et al**
United States District Court EDNY 18 CV 5780

Dear Magistrate Judge Bloom:

I am writing to reply to the letter submitted by defendants' counsel dated July 11, 2022.

The defendants admittedly stole from 200 workers their wages and among them is this plaintiff. They are not victims of a witch-hunt but perpetrators of an egregious wrong.

Defendants were deposed once but no records had yet to be produced. It was only after that deposition that they produced almost all of the records. That is why Magistrate Judge Gold directed defendants be deposed once again.

Most disturbing is the fact that counsel neither admits nor denies they knew of the NYSAG investigation and settlement during the time this case has been pending and mediation was being conducted by Your Honor, if not sooner.

Respectfully submitted,

JONATHAN SILVER

JS/sa